# MINUTE ORDER

Page 9

## Magistrate Judge Eduardo I. Sanchez

**Atkins Building Courthouse - 6th Floor**          Date: 9/10/2024     Time: 2:00 p.m.

Defendant: John Christopher Polit          J#: 34995-511     Case #: 24-CR-20390-BECERRA (TEMP)

AUSA: Jill Simon          Attorney: Omar Ortega + Reinaldo Dinta Jr.

Violation: Money Laundering          Surr/Arrest Date: 9/10/24     YOB: 1981

Proceeding: Initial Appearance          CJA Appt: _____

Bond/PTD Held: ☐ Yes   ☑ No          Recommended Bond: _____

Bond Set at: STIP - $14 Million PSB w/co-signers and $100K to be deposited in Court Registry

☑ Surrender and/or do not obtain passports/travel docs

Language: English

☑ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☑ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☑ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ Travel extended to: _____

☐ Other: _____

Disposition:
- Deft. advised of Rights and charges; Deft. sworn
- Counsel Ortega present previously filed a temporary N.O.A. DE #3.
- Defense stipulated to a 14 Million PSB with 14 co-signers collateralized by properties and retirement A/c & $100K to be deposited in the Court Registry within 8 days. Deposit due by 9-18-24
- Defendant Released
- Brady order not Given

**NEXT COURT APPEARANCE**     Date:          Time:          Judge:          Place:

Report RE Counsel?

PTD/Bond Hearing: _____     9-19-24   10:00   Duty Magistrate Judge

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 15:16:20          Time in Court: _____

s/Eduardo I. Sanchez          Magistrate Judge