# MINUTE ORDER

Page 8

## Magistrate Judge Alicia O. Valle

**Atkins Building Courthouse - 9th Floor**          Date: 9/19/2024    Time: 10:00 a.m.

Defendant: John Polit                 J#: BOND          Case #: 24-20390-CR-BECERRA

AUSA: Michael Berger                         Attorney: Omar Ortega, Reinaldo Dorta  (PERM)

Violation: Money Laudering

Surr/Arrest Date:      YOB:

Proceeding: Rpt Re: Counsel/Arraignment                    CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: $14 millionPSB/100K ct reg                 Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:

**Defendant filed a permanent notice of apperance see DE [8].**

**Defendant Arraigned**

**Reading of Indictment Waived**

**Not Guilty plea entered**

**Jury trial demanded**

**Standing discovery Order requested.**

**Brady Order given**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:29:34                              Time in Court: 2 mins

s/Alicia O. Valle                          Magistrate Judge