UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20390-CR-BECERRA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOHN CHRISTOPHER POLIT

       Defendant.
_____/

### UNITED STATES' BILL OF PARTICULARS AS TO FORFEITURE

The United States files the following Bill of Particulars pursuant to pursuant to 32.2(a) of the Federal Rules of Criminal Procedure. The United States provides notice that it seeks forfeiture of the following property pursuant to 21 U.S.C. § 853(p):

    i.     Real property located at 1010-1030 NW 9 Court, Miami, FL 33136;

    ii.    Real property located at 88 S.W. 7th Street, Unit 1202, Miami, Florida 33130;

    iii.   Real property located at 1820 S.W. 3rd Avenue, Miami, Florida 33130;

    iv.   Real property located at 1830 S.W. 3rd Avenue, Miami, Florida 33130; and

    v.    Real property located at 11438 NW 62nd Terrace, Unit 226, Miami, FL 33178;

2

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
      Nicole Grosnoff
      Sandra Demicri
      Assistant United States Attorneys
      Court ID No. A5502029
      Fla Bar No. 1018897
      nicole.s.grosnoff@usdoj.gov
      Sandra.demirci@usdoj.gov
      U.S. Attorney's Office
      99 Northeast Fourth Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9294, (305) 961-9381
      Facsimile: (305) 536-4089