UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20390-JB
CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

JOHN CHRISTOPHER POLIT,

      **Defendant.**
_____/

**NOTICE OF RELATED CASE**

The United States, by and through the undersigned Assistant United States Attorney, hereby files this notice, pursuant to Local Rule 3.8, that this criminal case, <u>United States v. John Christopher Polit</u>, 24-CR-20390-JB, (the "John Polit Criminal Case") is related to the criminal case of <u>United States v. Carlos Ramon Faggioni Polit</u>, 22-CR-20114-KMW (the "Carlos Polit Criminal Case").

The John Polit Criminal Case arises out of the same underlying criminal activity as that charged in the Carlos Polit Criminal Case. In short, the underlying facts of the Carlos Polit criminal case involved former Ecuadorian Comptroller Carlos Polit receiving approximately $16.5 million in bribes by abusing his official position in Ecuador and laundering those bribes through his son John Polit (and others) into South Florida.

The indictment in the John Polit Criminal Case charges John Polit with the same criminal conduct and counts as the indictment in the Carlos Polit Criminal Case -- one count of conspiracy to commit money laundering (18 U.S.C. § 1956(h)), three counts of concealment money

laundering (18 U.S.C. § 1956(a)(1)(B)), and two counts of engaging in transactions in criminally derived property (18 U.S.C. § 1957).

The Carlos Polit Criminal Case proceeded to trial over a multi-week period in April 2024, and the defendant Carlos Polit was found guilty on all counts and was sentenced on October 2, 2024.

Respectfully Submitted,

| | |
|---|---|
| GLENN S. LEON | MARKENZY LAPOINTE |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| | |
| By: */s/ Jil A. Simon* | By: */s/ Michael N. Berger* |
| JIL A. SIMON | MICHAEL N. BERGER |
| Alexander Kramer | |
| Trial Attorney | Senior Litigation Counsel |
| Fraud Section, Criminal Division | Court ID No. A5501535 |
| U.S. Department of Justice | U.S. Attorney's Office - SDFL |
| 1400 New York Avenue, N.W. | 99 N.E. 4th Street, Suite 600 |
| Washington, D.C. 20005 | Miami, FL 33132-2111 |
| Telephone: 202-353-9370 | Telephone: (305) 961-9008 |
| Email: jil.simon@usdoj.gov | Email: Michael.berger2@usdoj.gov |

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on October 24, 2024.

     By:     <u>/s/ Michael N. Berger</u>
                         Assistant United States Attorney