**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 24-CR-20390-JB**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN CHRISTOPHER POLIT,

        Defendant.

_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW, the Defendant, John Christopher Polit, by and through his undersigned counsel, and hereby files the instant Motion for Permission to Travel and states as follows:

1. The Defendant expects to travel to Orlando, Florida for vacation from November 14, 2024, through November 16, 2024.

2. Consequently, the Defendant would like permission to travel to Orlando, Florida with his family for his son's birthday.

3. This Court has the authority to grant the Defendant's permission to travel.

4. There is no prejudice to the Government in allowing the Defendant to travel.

5. The Government does not oppose the Defendant's Motion for Permission to Travel.

6. Undersigned counsel and Defendant, John Christopher Polit, do hereby certify that the instant motion is made in good faith and for good cause and is not made for purpose of delay.

**WHEREFORE**, predicated upon the foregoing, the Defendant, John Christopher Polit, do respectfully request this Court to grant the instant motion and grant the Defendant permission to

travel on the above dates.

Respectfully Submitted,

                                            **DORTA & ORTEGA, P.A.**

/s/ *Rey Dorta*
**Rey Dorta, Esq.**
Florida Bar No. 0084920
**Omar Ortega, Esq.**
Florida Bar No. 095117
**Rosdaisy Rodriguez, Esq.**
Florida Bar No.: 112710
3860 SW 8th Street, PH
Coral Gables, Florida 33134
Phone:(305)461-5454
Facsimile: (305)461-5226
Email:  rdorta@dortaandortega.com
Email:  oortega@dortaandortega.com
Email:  rrodriguez@dortaandortega.com
Email:  dcruz@dortaandortega.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or *pro se* parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  */s/ Rey Dorta*
                                                  REY DORTA

| | |
|---|---|
| Michael B. Berger, Esq.<br>Assistant United States Attorney<br>Court No.: A5501557<br>99 Northeast 4th Street<br>Miami, FL 33132<br>Email: Michael.berger2@usdoj.gov | Jill Simon<br>U.S. Department of Justice<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>Email: jill.simon@usdoj,gov |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |