UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.    24-CR-20390-KMW

**UNITED STATES OF AMERICA**

vs.

**JOHN CHRISTOPHER POLIT,**

**Defendant.**
_____/

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by and through undersigned counsel, respectfully moves to continue the sentencing hearing in this case for ninety days until April 30, 2025, or thereafter, and in support of this request states as follows:

1.  On November 12, 2024, the defendant pled guilty to one count of conspiracy to commit money laundering in violation of Title 18, United States Code, Sections 1956(h) and 1957(a).  Sentencing is currently set for January 30, 2025.

2.  The defendant pled guilty for his role in laundering approximately $16.5 million in funds from Carlos Polit's bribery schemes in Ecuador from 2010 to 2018.  Proceeds from that conspiracy have been used to acquire various real estate properties and other businesses in South Florida and elsewhere.  As part of the plea agreement, the defendant agreed to forfeit approximately $16.5 million.   Since entering a plea, the defendant has been selling properties and other assets to satisfy the forfeiture amount.  Based on conversations with defense counsel, two properties have contracts in place for sale that partially satisfy the forfeiture amount.   Based on conversations with defense counsel, counsel believes that the defendant will be able to sell additional assets to satisfy the forfeiture over the next few months.

3. The government does not believe the defendant poses a danger to the community while on bond.

Accordingly, for the above reasons, the Government requests a continuance of the sentencing hearing in the interests of justice for ninety days until April 30, 2025, or thereafter. The undersigned has spoken with defense counsel, and he joins in the relief sought. Wherefore, undersigned counsel respectfully requests that the Court grant the relief requested.

Respectfully submitted,

| | |
|---|---|
| MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY | GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE |
| By: */s/ Michael N. Berger*<br>Michael N. Berger<br>Senior Litigation Counsel<br>Court ID No. A5501557<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 961-9445<br>Email: Michael.berger2@usdoj.gov | By: */s/ Jil Simon*<br>Jil Simon<br>Trial Attorney<br>Court ID No. A5502756<br>1400 New York Avenue NW<br>Washington, DC 20005<br>(202) 514-3257<br>Email: Jil.Simon@usdoj.gov |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on January 15, 2025, the foregoing was filed via CM/ECF and thereby sent to counsel of record.

By: /s Michael N. Berger
Michael N. Berger
Assistant United States Attorney