UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20390-KMW

UNITED STATES OF AMERICA

v.

JOHN CHRISTOPHER POLIT,

Defendant.

FIRST NOTICE OF
PARTIAL SATISFACTION OF FORFEITURE MONEY JUDGMENT

The United States gives notice of the partial satisfaction of the forfeiture money judgment entered against Defendant John Christopher Polit (the "Defendant") in in the above-captioned case. In support the United States submits the following.

On December 10, 2024, the Court entered a Preliminary Order of Forfeiture, ECF No. 30, ordering the entry of a forfeiture money judgment against the Defendant in the amount of $16,510,000.00.

On or about March 27, 2025, Defendant made a $430,701.94 payment towards his forfeiture money judgment. The United States provides notice that the $430,701.94 has been applied in partial satisfaction of the Defendant's forfeiture money judgment, and there is currently approximately $16,079,298.06 outstanding on the Defendant's forfeiture money judgment.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Sandra Demirci and Nicole Grosnoff*
Sandra Demirci, Court ID No. A5503244
Nicole Grosnoff, Court ID No. A5502029
Assistant United States Attorneys
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (954) 660-5959 / (305) 961-9294
Facsimile: (305) 530-4089
Sandra.demirci@usdoj.gov
nicole.s.grosnoff@usdoj.gov
*Counsel for the United States of America*

2