**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 24-CR-20390-KMW-1**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN CHRISTOPHER POLIT,

        Defendant.

_____/

**UNOPPPOSED MOTION FOR PERMISSION FOR LIMITED TRAVEL**

Defendant, John Christopher Polit, by and through his undersigned counsel, files this Unopposed Motion for Permission for Limited Travel and states as follows:

1. The Defendant thirteen-year-old son has a basketball tournament from May 23, 2025 through May 25, 2025 in Naples, Florida.

2. The Defendant would like permission from the Court to travel to Naples, Florida for the basketball tournament with his son from May 23, 2025, through May 25, 2025.

3. This Court has the authority to grant the Defendant's permission to travel.

4. There is no prejudice to the Government in allowing the Defendant to travel.

5. Defendant's counsel has conferred with the United States Attorney's Office who do not oppose the Defendant's request.

6. Undersigned counsel and Defendant, John Christopher Polit, do hereby certify that

the instant motion is made in good faith and for good cause and is not made for purpose of delay.

**WHEREFORE**, Defendant, John Christopher Polit, respectfully requests this Court to grant the instant motion and grant the Defendant permission to travel on the above dates.

Respectfully Submitted,

        **DORTA & ORTEGA, P.A.**

        /s/ *Rey Dorta*
        **Rey Dorta, Esq.**
        Florida Bar No. 0084920
        **Omar Ortega, Esq.**
        Florida Bar No. 095117
        **Rosdaisy Rodriguez, Esq.**
        Florida Bar No.: 112710
        3860 SW 8th Street, PH
        Coral Gables, Florida 33134
        Phone:(305)461-5454
        Facsimile: (305)461-5226
        Email:  rdorta@dortaandortega.com
        Email:  oortega@dortaandortega.com
        Email:  rrodriguez@dortaandortega.com
        Email:  dcruz@dortaandortega.com

        ***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or *pro se* parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                   /s/ Rey Dorta
                   REY DORTA

| | |
|---|---|
| Michael B. Berger, Esq.<br>Assistant United States Attorney<br>Court No.: A5501557<br>99 Northeast 4th Street<br>Miami, FL 33132<br>Email: Michael.berger2@usdoj.gov | Jill Simon<br>U.S. Department of Justice<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>Email: jill.simon@usdoj,gov |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |