UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   24-CR-20390-KMW-1

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

JOHN CHRISTOPHER POLIT,

    *Defendant.*
_____/

**ORDER ON UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

THIS CAUSE, having come before this Court, upon Defendant John Christopher Polit's Unopposed Motion for Permission to Travel and the Court being fully advised in the premises thereof, it is:

**ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion for Permission to Travel is hereby **GRANTED**. The Defendant is permitted to travel to Naples, Florida from May 23, 2025, through May 25, 2025.

DONE and ORDERED in Miami, Florida this \_\_\_\_\_ day of May 2025.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

AUSA Michael B. Berger, Esquire.; Jill Simon
Rey Dorta, Esquire; Omar Ortega, Esquire; Rosdaisy Rodriguez, Esquire.