UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20390-KMW

UNITED STATES OF AMERICA

v.

JOHN CHRISTOPHER POLIT,

      Defendant.

FIRST NOTICE OF
PARTIAL SATISFACTION OF FORFEITURE MONEY JUDGMENT

The United States gives notice of the partial satisfaction of the forfeiture money judgment entered against Defendant John Christopher Polit (the "Defendant") in in the above-captioned case. In support the United States submits the following.

On December 10, 2024, the Court entered a Preliminary Order of Forfeiture, ECF No. 39, ordering the entry of a forfeiture money judgment against the Defendant in the amount of $16,510,000.00.

On March 28, 2025, the United States provided notices that on or about March 27, 2025, Defendant made a $430,701.94 payment towards his forfeiture money judgment. First Notice of Partial Satisfaction of Forfeiture Money Judgment, ECF No. 34.

The United States gives notice that on or about June 18, 2025, and on or about July 24, 2025, the Defendant made additional payments towards his forfeiture money judgment in the amounts of $876,516.58 and $5,343,825.69, respectively. Those amounts have been applied to the outstanding balance of the Defendant's forfeiture money judgment. The amount outstanding on the Defendant's forfeiture money judgment is $9,858,955.79.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Sandra Demirci and Nicole Grosnoff*
Sandra Demirci, FL Bar. No. 1018897
Nicole Grosnoff, Court ID No. A5502029
Assistant United States Attorneys
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9381 / (305) 961-9294
Facsimile: (305) 530-4089
Sandra.demirci@usdoj.gov
nicole.s.grosnoff@usdoj.gov
*Counsel for the United States of America*