UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20390-KMW

UNITED STATES OF AMERICA

v.

JOHN CHRISTOPHER POLIT,

Defendant.

THIRD NOTICE OF
PARTIAL SATISFACTION OF FORFEITURE MONEY JUDGMENT

The United States gives notice of the partial satisfaction of the forfeiture money judgment entered against Defendant John Christopher Polit (the "Defendant") in in the above-captioned case. In support the United States submits the following.

On December 10, 2024, the Court entered a Preliminary Order of Forfeiture, ECF No. 39, ordering the entry of a forfeiture money judgment against the Defendant in the amount of $16,510,000.00.

Defendant has made the following payments in partial satisfaction of his forfeiture money judgment:

| Approximate Date | Approximate Amount |
|---|---|
| March 20, 2025 | $403,701.94 |
| June 18, 2025 | $876,516.58 |
| July 2, 2025 | $688,788.77 |
| July 24, 2025 | $5,343,825.69 |
| September 9, 2025 | $936,000.00 |
| **TOTAL** | $8,248,832.98 |

Therefore, there remains $8,261,176.02 outstanding the Defendant's forfeiture money judgment.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ *Sandra Demirci and Nicole Grosnoff*
Sandra Demirci, FL Bar. No. 1018897
Nicole Grosnoff, Court ID No. A5502029
Assistant United States Attorneys
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9381 / (305) 961-9294
Facsimile: (305) 530-4089
Sandra.demirci@usdoj.gov
nicole.s.grosnoff@usdoj.gov
*Counsel for the United States of America*