UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20390-CR-WILLIAMS

UNITED STATES OF AMERICA,

vs.

JOHN CHRISTOPHER POLIT,
     *Defendant.*
_____/

**DEFENDANT'S NOTICE OF FILING SENTENCING LETTERS**

     Defendant, JOHN CHRISTOPHER POLIT, files this Notice of Filing the sentencing letters submitted as an addendum to his Sentencing Memorandum. See Exhibit 1.

                                  Respectfully submitted,

                                    /s/ Rey Dorta

                                    Rey Dorta, Esq.
                                    FL. Bar No.: 0084920
                                    Omar Ortega, Esq.
                                    FL. Bar No.: 0095117
                                    Dorta & Ortega, P.A.
                                    3860 SW 8th Street, PH
                                    Coral Gables, Florida 33134
                                    Tel: 305.461.5454
                                    rdorta@dortaandortega.com
                                    oortega@dortaandortega.com

                                    Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 11th day of November 2025 and served on all parties of record via the CM/ECF system.


/s/ REY DORTA

REY DORTA, Esq.

Exhibit

1

12041 Oak Forest Lane
Conroe, TX 77385
(786) 236-4937
January 9th, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE:   *United States v. John Christopher Polit*
       24-CR-20390-KMW

Dear Judge Williams:

My name is José Luis Alvarez, and I have been John Polit's partner for the last seven years. I am writing to you today to offer a personal account of John Polit, someone I have had the privilege of knowing deeply. My intention with this letter is to provide you with an honest and sincere reflection of John's character. I believe that understanding the type of person he is will give you a fuller picture of his actions and, hopefully, assist you in making a fair and informed decision.

We met in December 2017, and from the very beginning—although it wasn't always easy—I knew John was special. I can honestly say I fell in love with him from the start. The moment you get to know John, you immediately see the kind of person he is. Over the years, John has consistently demonstrated kindness, compassion, honesty, and integrity. He is one of the most dependable people I have ever known, and I have witnessed his sincerity and concern for others on numerous occasions.

From the outset of our relationship, he was honest with me—no lies, no secrets, no games. As we got to know each other, he told me that he was still legally married but had been separated for a few years. He also shared that he was a father to three children: Fiorella, Nathalia, and John. He never lied or provided false explanations about his life. Instead, he was straightforward, and that honesty drew me to him.

Whenever you speak with John, you sense his genuine goodness and honesty. His energy and heart radiate positivity. John comes from a well-educated, honest, and financially secure family—very different from my own background. Over the past seven years, he has taught me a great deal and continues to do so. He has shared invaluable life lessons about the importance of transparency and truthfulness, doing things the right way, avoiding shortcuts, being loving and caring, and working hard to achieve one's goals.

I felt discouraged when I first met John's father, who was enraged by our relationship and went so far as to kick me out of the apartment. At that moment, I feared our relationship might not withstand such opposition. However, John stood by my side despite his estranged relationship with his father. In that moment of profound embarrassment, John was my rock and showed great courage.

Beyond being an amazing partner, John is an outstanding father. I didn't realize how strong he had to be to live in a family that did not fully support him. Although his father put tremendous pressure on him to be someone he is not, the blended family we have built has always valued John for who he truly is.

The way he lives for his kids is truly admirable. I never imagined I would be so blessed to be part of such a beautiful, modern family. The love between John, his children, and me is what I call home. The day I met his three children and their mother, Necane, they welcomed me with open arms and big smiles. I immediately felt the same warmth and love I experienced when I first met John. Their openness and affection as a family were evident, and I knew this was something truly special.

In addition to his kindness, John is a man of deep integrity. I have seen him make difficult decisions that required him to prioritize what is right over what is easy. His commitment to honesty and fairness is unwavering, and I deeply respect how he treats everyone with dignity, regardless of their circumstances.

John is also actively involved in our local community and is always willing to lend a hand where it's needed. Whether volunteering or helping friends with small tasks, he consistently demonstrates a strong sense of responsibility. John doesn't just talk about caring for people—he shows it through his actions, day in and day out.

He is a devoted father, son, and partner, and it is clear he is deeply committed to the well-being of those closest to him. His ability to balance the demands of family, work, and community speaks to his strong character and willingness to put others' needs before his own. As one example, he managed to watch his son's basketball game with the family and then fly back to Texas that same day, only to learn that one of our longtime supervisors had lost his place to stay. Despite being exhausted, John insisted we open the doors to our home so our supervisor would have shelter, along with food and clothing, until he could get back on his feet.

While I understand the seriousness of the situation before the Court, I trust you will take into account the person John is—his contributions to his family, his community, and everyone around him—as you consider the next steps. I have no doubt that he has learned from his experiences and will continue to grow and make positive contributions to society. He has made a meaningful impact on many lives, including mine, and I firmly believe his actions throughout his life reflect his true character.

Thank you for your time and consideration. If you have any questions or would like further clarification, please do not hesitate to contact me.

Sincerely,

José Luis Alvarez

7750 SW 117 ST
Pinecrest, FL 33156
(786) 202-0612
12/31/2024

The Honorable Kathleen M. Williams
United States District Judge

     RE:   *United States v. John Christopher Polit*
          24-CR-20390-KMW

Dear Judge Williams:

My name is Necane Sarasola, ex-wife of John Christopher Polit. I am a realtor by profession and a full-time mom of four. Having this opportunity to write a letter about John is tough. I could easily write a book about our story.

We met at the beginning of 2001 when I was only 16 and he was 19. John has been—and still is to this day—one of the few people I admire most. He is my best friend and the person I trust with all my being. When we married, we were just kids dreaming of a beautiful family. It almost seems unreal that, even having separated almost nine years ago, we remain—in our own way— what we dreamed of when we were kids: a family full of genuine love and compassion.

Our love has overcome many hardships: from becoming parents at such a young age, having a daughter born prematurely at 27 weeks, experiencing pregnancy losses, separating, and more. We have grown together. Our children, Fiorella, Nathalia, and John, have the best father they could have asked for. He has always been and continues to be present every single day, including important moments such as school events, birthdays, holidays, and doctor appointments, to name a few. I also feel he loves my son, Matias, as deeply as his own children.

What very few people know about John – because he is a reserved person and the subject is delicate – is how much he has had to suffer, the frustration, and everything he went through to come to terms with his sexual identity while already having his family formed. I never felt deceived by John. When the time came to confront his doubts, he did so with extraordinary courage. He chose to be honest with me, and we agreed to separate for the well-being of us and our children. Because of his integrity and the respect we share, I never stopped supporting him. I did not turn my back on him at any moment, as many people did, including his father. Their rejection was profoundly painful and added a heavy burden to his already weighted heart.

Our children benefit from parents who listen to them, never abandon them, and ensure they are safe and loved. I am immensely proud of John for his bravery and his choice to continue doing good in the face of adversity. We have managed to spend all the holidays together since 2001. There isn't a year that goes by where we don't thank God for that blessing.

This shared outlook is one reason our blended family stands out to many: we fully support one another with respect and transparency, refusing to be swayed by outside opinions. Our family rests on four pillars instead of two: John and his partner, Luis, and my husband, Alvaro, and me.

Each couple admires the other, and we offer our children extra love and guidance. We have built a strong foundation rooted in love, courage, resilience, and, above all else, honesty.

John is a man of God. More than anyone else I've met, he always thinks of how to help those who cross his path, trusting in God's plan and surrendering everything to Him. Most of the donations and charitable works we have done throughout our life have been prompted by John. He became involved in helping March of Dimes after having a premature daughter—not just financially, but by attending events and marching with them.

Very few people understand the love I have for John. They assume we should behave like many divorced couples who no longer care for each other. I have always received his support, love, friendship, and an unconditionality that is hard to find. He has been one of my biggest cheerleaders in life, and much of my self-confidence is because of him. John even taught me how to drive and become independent. I remember being annoyed at his insistence that I learn everything in case he wasn't around one day. I always thought that was so generous and selfless—he believed in me and my potential before I did.

He has undoubtedly one of the largest, most special, generous, and compassionate hearts I know. He is present in the lives of those he loves and always cares about those in need. I have seen John, on multiple occasions, stop his car to ask people on the street if they need work or something to eat. I remember telling him it was dangerous once, but that's just who John is. It's part of him.

With all the respect I have for you, Honorable Judge Williams, and understanding how delicate this matter is, I beg you from the bottom of my heart to consider, as you reach your decision (one which I already respect), not only that we, his family, love him, need him, and recognize the person he truly is, but also how many jobs John creates and how much he contributes positively to our community.

Thank you very much for your time and consideration.

Respectfully,

Necane Sarasola

7750 SW 117 ST
Pinecrest, FL 33156
(786) 202-6082
12/24/2024

The Honorable Katheleen M. Williams
United States District Judge

      RE:   *United States v. John Christopher Polit*
                24-CR-20390-KMW

Dear Judge Williams:

      I am Fiorella Polit, John Christopher Polit's oldest daughter. I am a recent college graduate starting up an entrepreneurial career as well as a psychology intern. My whole life I have been called my "dad's clone" or a "daddy's girl"—two titles I hold proudly but not lightly. My favorite line to tell my siblings when we're all fighting for my dad's attention at once is "he was my dad first". That line is true in every aspect of my life. He has always been— and will always be— my dad first.

      My dad is my biggest role model, a mentor, a best friend, and a comedian in our family, but most importantly, he is my dad before all of these things. There wasn't a time in my life that I ever questioned who my dad was. He is the perfect embodiment of what it means to be a father. I attended my dad's graduation as a baby and although I do not remember it, I do have photo evidence. The older I get, the more that picture inspires me. Seeing that my dad persevered and accepted God's curveball to have a daughter near the end of his college career was all the motivation and inspiration I needed. He graduated and gave me and my mom all the happiness, support, and love we could ever need. My mom and dad love to look back and laugh at how my dad spent days as a recent post-grad hand painting the walls of my nursery with my name and flowers because nothing would stop him from giving me the most beautiful room he could. My dad has always been my biggest supporter and his confidence in my ability to be anything I want to be, has made me into the confident woman I am today.

      This past August I received my Bachelor of Arts in Psychology from Boston University— a degree that I can not hold on my own, as I have my whole family holding me up all 4 years. My degree is largely accredited to my dad, as he has always shown me by example that if you act with tenure and determination, God will guide you through the rest. I was 10 years old telling anyone who would listen that I was going to Boston like my dad. The reason I never gave up was because I always knew if I fell I had four parents I could call to give me the motivation to get back up. I could also hear my dad's voice at the back of my head constantly from when I called him with the news that I was officially going to Boston: "You did it, Princess! You're finally going to Boston". God's plan was always for me to go to Boston and live the life my dad worked so hard to give me. After many prayers, difficult exams, calls to my family

crying that I couldn't do it, and questioning if I was on the right path, I graduated and was blessed enough to have my whole family cheering for me as I walked across the stage. My favorite part was my dad wearing his sunglasses to hide his tears…I still have not told him I saw it, I just let him have it. Having the support of my dad, my mom, my two stepdads, and my siblings was the most fulfilled I have ever felt in my life. Everything I worked hard for was for them, yet it would never have been possible if it was not for them.

       I am always in awe of the man my father is. He has laid out every expectation I have for my future husband. A man with a heart of gold, grit, unconditional love, breaking cycles, and most importantly a man who will always make me feel like the strongest and most intelligent woman in the world. A man who will put the people he loves first and will bring everyone's spirits up with his infectious laugh, random but informative fun facts, and surprisingly amazing dance moves. I thank God every day for the family he gave me. I owe everything to my dad—my personality, my personal successes, and even my face. I try to avoid boosting his ego by agreeing with everyone when they say I am his clone, but the truth is, I do look just like him. Even the smallest part of my being has been influenced by him in some way. The reason I consistently go to walks for causes, donate to charities, and try to raise money for charities when given the chance is because of what I learned vicariously through him. Growing up my dad would always ask friends and families to donate to St. Jude's or other charities as birthday gifts for me or as a replacement for gifts for any event we hosted growing up. He showed me what it means to be selfless, get involved in organizations that help others, and treat anyone you meet with love and respect. His golden heart exerts a warmth that can be felt miles away and his presence is of consuming happiness. I owe him everything I am and he is everything I dream of being.

       To sum up what my dad means to me— and the rock he is for my entire family— in such a short letter is nearly impossible, but I am giving it my best attempt. I am grateful for the past 22 years in which I have spent every single holiday and birthday with my dad. I can only pray and dream that I will continue to have that blessing for the rest of my life. Every daughter can go on about how much they love their dad, but aside from John being my dad, I ask you with the upmost humbling respect to consider how much good he has to offer our society as he has already done for years. I understand the gravity of these charges to their full extent, however I hope I was able to convey the full scope of who my father truly is as a person. I hope he is able to continue sharing his wisdom, light, and respect with the thousands of people he has already touched.

Sincerely,


Fiorella Polit

7750 SW 117 ST
Pinecrest, FL 33156
(305) 606-1442
December 21st, 2024

The Honorable Kathleen M. Williams
United States District Judge

     RE:    *United States v. John Christopher Polit*
            24-CR-20390-KMS

Dear Judge Williams:

My name is Nathalia Polit, and I am a student at Westminster Christian School. I am currently finishing my last year of high school and planning for college. I am John Polit's youngest daughter, and I would like to share how I view my dad and what he means to me.

In trying to find the right words to describe such a well-rounded human being who has shaped me into who I am today, I realize I don't know where—or who—I would be without my dad and his influence in my life. There is no one on this planet with more love to give than my dad. He has a heart of gold and is the biggest teddy bear I've ever met. This became clear when I was born prematurely, and he was my mom's advocate throughout her difficult pregnancy. It was his faith and care for us that made my early battle just a small hiccup. He took care of me, fought for me when my mom was on bed rest, and is one of the main reasons I'm here today. Seventeen years later, through his strength and support, I gathered the courage last year to join a premature baby organization and even start my own club at school. My dad mentored me through the entire process—he took me to my first meeting and encouraged me to take the organization to the next level by forming a club. He also accompanied me to every parade I participated in, cheering for me every step of the way.

There is no place I wouldn't feel safe if my dad were around. I know with all my heart he would do anything to put a smile on my face—whether it's making dad jokes, sending me daily morning texts like, "Good morning, my princess. Have the best day at school," or reminding me that I'm in God's hands when I share my anxiety about college plans for next year. Even though I feel so much stress at times, having my dad by my side gives me peace.

My dad will do anything to make me smile. He has taught me everything I know; for example, when he taught me how to drive, I almost ran into a tree because I was so nervous. He calmly reminded me that it was nothing to stress about and that he would continue to guide me. Moments like these give me peace, and I would only know half of what I do now if not for him. I could spend my entire life trying to thank him for shaping me into who I am today, and it still wouldn't be enough. My dad is the reason my standards are high. Not a single day passes without him checking on how my day went. There are moments in my life when words fall short, and the love I feel for my dad is too big to capture on a page. But I am trying, because everyone

deserves to know how much my dad means to me, how much he has shaped my life, and how deeply I love him.

From the very beginning, he has been my quiet hero—the one who carried the weight of the world on his shoulders so I did not have to. His love is not always in his words; it is woven into his actions, which makes it so much more impactful. It is in the way he shows up, day after day. It is in his patience when I don't deserve it, his guidance when I feel lost, and his belief in me when I cannot find it myself. He taught me what real strength looks like—not the kind that wants attention, but the kind that persists quietly, tirelessly, for the people it loves. I realize now that love is not always loud or obvious. My dad has always had so much love and kindness to give, and he needs nothing in return. He has been my anchor, showing me how to stand tall when life knocks me down. He taught me how kindness and honesty are worth more than anything else in this world. He gave me roots so I could grow, and wings so I could fly.

I am strong because he taught me what strength looks like. I am kind because I've watched him treat everyone around him with respect. I am brave because I grew up knowing he was always just a call or a room away, no matter what. He is the man who gives so much and asks for so little—the man whose quiet love built the foundation of my life. I hope he knows that every good thing I become, every dream I chase, and every step I take is because of him. He is not only my dad and best friend but also my role model and my reason. I am proud to be called his daughter. These past eighteen years would have been impossible without him. There is no "me" without him. There is no hug as safe as his or love as true as his. There is no peace like the one I feel when I'm around him or receiving his advice. Everyone needs a John in their life, and I am lucky enough to call him Dad.

Sincerely,

*Nathalia Polit*

Nathalia Maria Polit

**KM 5 via Samborondon**
Guayaquil - Ecuador
+593979834440
January 8, 2025

The Honorable Kathleen M. Williams
United States District Judge

**RE: United States v. John Christopher Polit**
*Case No.: 24-CR-20390-KMW*

**Dear Judge Williams,**

My name is Emilio Arauz, and I am writing to you with deep respect to express my support for John Polit. John has been my brother-in-law for over ten years and my best friend for years. Throughout our relationship, John has been a key figure in my life, providing me with guidance, support, and teaching on countless occasions. His willingness to accompany and listen to me has been constant, regardless of how big or small the issue may be.

John has consistently stood out for his genuine kindness and generosity, qualities that exceed expectations. He is someone who offers help selflessly to those around him, without seeking recognition or reciprocity. This empathy extends not only to his close friends and family but also to people with whom he has little relationship. It is rare to find someone with such strength of character and unconditional kindness as John.

Although John and his father had a complicated relationship, this never diminished John's commitment to the well-being of his mother and siblings. Despite the familial challenges, John always sought to stay close to them, acting as a pillar of support and ensuring they never lacked anything. A clear example of his character and strength is his current situation. Even though he faces consequences that may keep him away from his family, he embraces it with admirable courage and exceptional empathy, fulfilling his role with determination so that his family can maintain peace and emotional stability. This attitude reflects not only his ability to face adversity but also his deep love and dedication to those he holds dear.

As a friend, John has been an unwavering pillar in my life. His loyalty is not limited to moments of celebration but shines even brighter in difficult situations, where his presence, words of encouragement, and concrete actions have made a significant difference. There are few people, like John, who are willing to offer support without hesitation, regardless of the circumstances.

This attitude is reflected not only in his personal relationships but also in the wonderful family he has built alongside Necane. Together, they have created a home based on love, respect, and mutual understanding. Their three children are a testament to the values that John has instilled in them. They not only excel in their studies but are also respectful, kind, and responsible young individuals, reflecting the solid upbringing they have received from their father. John has successfully taught them the importance of honesty, empathy, and a sense of community.

John is a dedicated father. He actively participates in his children's lives, not only fulfilling his responsibilities but also enjoying every moment with them. He engages in their activities and patiently guides them, managing to balance his professional life with his family role. His ability to maintain this balance, even while holding high-level corporate positions, is truly admirable.

This level of dedication has created a family environment filled with harmony and stability, where each member feels valued and supported. There is no doubt that John has built more than a family; he has created a home where love, respect, and unity prevail.

Allow me to share a concrete example that reflects his character. On the day of my wedding, while he was living in Ecuador, John showed up at my house just a few hours before the ceremony to surprise me and show his support. Despite his multiple responsibilities, he made the effort to be present at such a significant moment in my life. This gesture reaffirmed how important family is to John and how he prioritizes the well-being of his loved ones.

Beyond the personal sphere, John has also demonstrated a strong commitment to the community. He has provided job opportunities to friends and acquaintances, often without regard for their educational background, offering to guide and train them personally. Less than a year ago, he discreetly helped a family member going through financial difficulties, ensuring that their children were not affected by the situation. All of this happened while John was facing personal and family challenges.

John also has an admirable vision for service. Together, we are planning a project to establish a foundation that will offer workshops and courses to rural communities on the coast of Ecuador. This plan is still underway and reflects his genuine desire to generate a positive impact beyond his close circle.

In recent months, I have noticed a deep reflection in John about his life and priorities. I know that his greatest fear is being separated from his children, who see him as a role model and a fundamental pillar. I am convinced that his strength, love, and dedication will allow him to continue being a positive influence in their lives and in our community.

For all these reasons, I humbly ask that you consider these words when making a decision about John. He is a person with a big heart whose positive impact extends to his family, friends, community, and country.

Thank you for your time and consideration.

Sincerely,

**Emilio Arauz**
KM 5 via Samborondon
+593979834440

Guayaquil, Ecuador
+593 99-918-4255
12/07/2024

The Honorable Kathleen M. Williams
United States District Judge

RE:   *United States v. John Christopher Polit*
      24-CR-20390-KMW

Dear Judge Williams:

We are Maria del Rosario Plaza, former CEO of Dr. Roberto Gilbert Children's Hospital, and Juan B. Sarasola, a retired operations executive from Corporación Noboa. We have been married for 43 years and have dedicated our lives to serving in various renowned organizations in Ecuador, where we reside. Last year, we both retired after long and fulfilling careers.

We have known John for 23 years, beginning when he was a young university student completing his studies and preparing to marry our daughter, Necane. From the outset, John became like a son to us. He was an ideal son-in-law, and as we grew to know him better over the years, our appreciation for his character deepened. Although he is no longer married to our daughter, our love and regard for John remain unchanged, and he continues to be an integral part of our family.

Just as we love John like a son, we have also tried to be there for him as parents who support their children above all else, allowing him to be free and never feeling ashamed of his sexuality. It pained us greatly to sense that his father did not support John when he told him how he truly felt, and although he was our daughter's husband and it hurt us that they were no longer together, our main concern was everyone's well-being. We have seen how they did whatever was necessary so our grandchildren could be safe and calm. He has always been a gentleman toward our daughter and us and has handled things in the best possible way despite opposition. We continue to spend the holidays with his blended family, of which we are part. These moments reinforce our strong emotional bond with him, not only as the father of our beloved grandchildren but as someone we admire deeply. While our relationship with John is undoubtedly influenced by his years as our son-in-law, our view of his character is grounded in reason and heartfelt conviction. He has left an indelible mark on our lives and the lives of many others.

Throughout our time with him, John has consistently shown remarkable dedication to his work and his family. He approaches every task with tireless energy and determination. Beyond his professional commitments, what stands out most is his humanity, generosity, perseverance, and his extraordinary ability to see the best in others. John is one of the most positive and kind-hearted individuals we have ever encountered. His actions speak volumes about his character. Following the devastating 2016 earthquake in Ecuador, John donated provisions to a Children's Hospital to aid families affected by the tragedy. Moreover, he sponsored three life-saving surgeries for children who would not have survived without his support. His genuine concern for the well-being of these children and their families exemplifies the depth of his compassion and selflessness.

We offer this letter with the utmost respect and ask that it be considered as a reflection of the John we know-a person of unwavering kindness, integrity, and humanity.

Sincerely,

Juan B. Sarasola                                    Maria del Rosario Plaza

7750 SW 117 ST
Pinecrest, FL 33156
(305) 431-9425
12/20/2024

The Honorable Kathleen M. Williams
United States District Judge

   RE:  *United States v. John Christopher Polit*
      24-CR-20390-KMW

Dear Judge Williams:

My name is Alvaro Jeanneau. I am the co-founder of ALNE LLC, a real estate and property management company. Before this, I spent 15 years in the Media & Entertainment industry as Senior Director of Content Safety and Intellectual Property Management at Univision Communications Inc. (now TelevisaUnivision Inc.).

I have had the privilege of knowing John Christopher Polit since 2019. Our first encounter left a lasting impression on me. At the time, I was starting a relationship with his then ex-wife, Necane, and John was picking up his children for the weekend. From the outset, he demonstrated humility and respect toward me and my relationship with Necane. Over the years, my bond with John has grown profoundly. We have prioritized the well-being of his children, and I have always admired his dedication to being a present and loving father. Together, we have cultivated a blended family anchored in compassion, respect, and integrity, navigating the complexities of parenting with grace and understanding.

In 2022, I welcomed my first child, Matias. Since then, I have witnessed John develop a strong and loving relationship with my son. John never hesitates to step up as a paternal figure, celebrating milestones, attending family events, and providing unwavering support during life's important moments. His presence exemplifies the values we strive to instill in our children: love, compassion, and unity.

When I decided to leave the corporate world, John became a mentor, guiding me through the challenges of starting my own business. He emphasized the importance of integrity, transparency, and building trust. These lessons have been instrumental in my success, and I continue to be inspired by the passion and honesty he brings to his endeavors. John has consistently demonstrated his selflessness by providing meals to workers or offering shelter to an employee in financial distress. These gestures reflect his deeply compassionate character.

I understand the seriousness of the charges brought against John. However, I respectfully ask that you also consider his role as a devoted father, a mentor, and a contributor to our community. He is a family man and a man of God whose actions have positively impacted many lives, including mine. He is a business owner who exemplifies the values of integrity and care our society needs.

Thank you for taking the time to consider my perspective.

Respectfully,

Alvaro Jeanneau

2665 SW 37th Ave Apt 713
Miami, FL
305-733-9208
December 30, 2024

The Honorable Kathleen M. Williams
United States District Judge

RE: *United States v. John Christopher Polit*
24-CR-20390-KMW

Dear Judge Williams:

I hope this letter finds you well and hope you spent a nice Holiday season around your loved ones. My name is Daniela Jeanneau, I am John's close family friend. I am a media professional overseeing marketing & promotions for a Television Network. I have the privilege to personally know John for over 5 years. I was introduced to John as his ex-wife's new sister-in-law.

From the moment I first met him, his genuine and open-hearted personality stood out. Though the first idea of meeting him as the ex-husband of my brother's now wife sounded intimidating – as I was around his children frequently and I am an influence on his eldest daughters – once I got to know him the pressure was gone instantly. John made feel included and welcomed me into his family in the most loving and genuine way possible. I am fortunate to consider John as a close friend, he is the person you want to keep in your close inner circle for many reasons. He always shows up and stands up for what he believes in. Aside from being family, I am a witness of his integrity, how he treats everybody around him with kindness and respect, how emotionally aware he is of others around him, how generous, empathetic, thoughtful and caring he is in spirit and how he lights up every room he walks into.

A recent example, with the birth of my nephew, John continuously expresses unconditional and pure love to the newest addition of our modern family. It is extremely heartwarming to witness their relationship, such special bond he has with my nephew. Also, seeing John standing front row at my brother and sister-in-law's wedding was the re-validation of his exceptional character and values; his joyful tears are a symbol of his unique heart.

The best evidence to judge John's character is by looking at the extraordinary care and how he is raising his children. Kids are the reflection of their parents' actions. By seeing his teenagers grow and behave the way they do, and the values he has installed in them, speaks high volumes of him. He is a very present father and does everything for his children to become responsible and outstanding adults that they're becoming.

Judge Williams, though the circumstance John is currently facing is delicate and difficult for his family, with a hand on my heart, I kindly ask you to please consider the best outcome for John as a man, but most importantly as a father, whom his children – and my nephew – need him to continue to grow around his human values. Please allow him to continue contributing to their upbringing. He is the rock, heart and soul of this beautiful and special family.

Thank you for the opportunity and attention.

Daniela Jeanneau

Jorge Vásquez and August 10]
Cuenca, Ecuador
+593 99 250 6908
January 9th, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE:    *United States v. John Christopher Polit*
            24-CR-20390-KMW

Dear Judge Williams:

My name is Ariel Quesada Gutiérrez, and I am a Doctor in Emergency and Disaster Medicine and a volunteer firefighter in Ecuador. I am Milena's husband, John Christopher Polit's ex-sister-in-law. I want to take this opportunity to tell you a little about John, whom I have come to know and admire deeply.

As I've gotten to know John, since entering Milena's life, I've heard many stories about him and have had the chance to get to know him personally. John is one of those people who leaves a mark on those fortunate enough to meet him, and I believe it is important for you to know how special he truly is.

One of the qualities I most admire in him is his deep commitment to social causes. Since meeting him, I have been impressed by his dedication to helping those in need. A clear example of this is his work at an orphanage in Ecuador, where he has dedicated time and effort to improving the lives of many children by providing emotional support, resources, and, above all, hope. His selfless commitment reflects his generosity and genuine concern for others' well-being.

Additionally, what I admire most about John is his incredible resilience. At a time when many people were afraid to be authentic, John had the courage to openly share his sexual identity and outwardly live his truth, even when facing opposition from people close to him. Despite the challenges and adversities he faced, he has always kept his principles and values intact. His ability to remain true to himself, no matter the difficulties, is an example of strength and authenticity that I deeply admire.

John is undoubtedly an example of perseverance, empathy, and courage. He is a person who fights for his ideals and his authenticity, doing so in such a genuine way that he inspires everyone around him. His generosity, resilience, and commitment to his principles are qualities that truly deserve recognition and celebration.

I am deeply grateful to have gotten to know him. Without a doubt, those who are fortunate enough to have John in their lives are lucky, and I feel privileged to share this small glimpse of him with you.

Sincerely,


Ariel Quesada Gutiérrez

Sauces 2, Block F64, Villa 2
Guayaquil – Ecuador
+593959830803
January 6, 2025

The Honorable Kathleen M. Williams
United States District Judge
RE: United States vs. John Christopher Polit
Case No. 24-CR-20390-KMW

Dear Judge Williams,

My name is Walter Marcelo Castillo Ledesma, and I am a lawyer. During the years 2016 and
2017, I had the honor of serving as the driver for John Polit's father. During that time, I had the
opportunity to get to know John closely, and I can affirm that he always treated me with respect
and consideration. His genuine interest in getting to know me as a person, as well as in my family
and well-being, demonstrated his warmth and true humility.

Talking with John, listening to his advice, and observing the natural way in which he interacted
with others made me feel valued and understood. I am deeply grateful for that period of my life,
as I found in him a great human being whose positive attitude and generosity left an indelible
mark on me.

On numerous occasions, I witnessed his empathy toward those in vulnerable situations. His
commitment to social causes was evident through concrete actions, such as donating clothing and
food to those in need. These initiatives, carried out with a calm demeanor and a sincere smile, not
only helped alleviate the difficulties of the beneficiaries but also conveyed a powerful message of
compassion and solidarity.

I clearly remember a phrase he often said: "Good deeds are done in silence; anything else is just
for show." These words perfectly reflect his philosophy of life and his character. John Polit's
leadership is distinguished by his ability to foster respect and turn words into actions. He is a
person who inspires trust and motivates others to follow his example. His commitment to the
well-being of others and his integrity make him a source of inspiration for me.

For all the aforementioned reasons, I extend my support to John Polit with deep admiration and
conviction. His life example is worthy of recognition, and I consider it my duty to support
someone who acts with such dedication toward others. I kindly request that he be valued with
indulgence and understanding, recognizing the effort and humanity he has demonstrated
throughout his journey.

Sincerely,

Walter Marcelo Castillo Ledesma
C.C. 1206020073

Km 1,5 Vía Samborondon
Guayaquil, Ecuador
593 997 015 914
January 7th, 2025

The Honorable Kathleen M. Williams
United States District Judge

      RE:   *United States v. John Christopher Polit*
              24-CR-20390-KMW

Dear Judge Williams:

My name is Luis Fernando Aguirre Plaza, MBA, an Ecuadorian citizen and owner of an outdoor advertising business. I am writing on behalf of my longtime friend, John Christopher Polit, who is before your Court, to offer my honest assessment of his character.

I have known John for over two decades, having first met him in 2001 when he was dating my cousin Necane. Over the years, I have come to admire his many qualities: kindness, responsibility, empathy, loyalty, courage, and perseverance. He has provided me—and many others—with selfless guidance on personal and business matters, drawing upon his knowledge in banking, finance, and management. John has always conducted himself with integrity and has consistently taken his responsibilities seriously.

Beyond his professional endeavors, John is a dedicated family man whose positive influence is reflected in his children's values and behavior. He also makes substantial contributions to the community, supporting charitable initiatives that range from helping foundations for premature babies in both the United States and Ecuador to assisting orphaned children in Guayaquil. I still remember his commitment to an orphanage called "La Aldea," where he helped find sponsors and encouraged his children to visit, bring clothing, celebrate birthdays, and spend quality time with the orphans. His generosity and compassion have touched many lives.

While I recognize the seriousness of the charges against John, I respectfully ask that you take these positive aspects of his character and long history of community support into consideration when determining his sentence. Please feel free to contact me if I can provide any further information or clarification.

Thank you for your time and for the opportunity to share my perspective.

Respectfully,

Sincerely,

Luis Fernando Aguirre Plaza

801 Brickell Key Blvd apt 1704
Miami, Fl 33131
786-508-5756
January 6, 2025

**The Honorable Kathleen M. Williams**
United States District Judge

**RE**: United States v. John Christopher Polit
24-CR-20390-KMW

**Dear Judge Williams,**

I am Nancy J. Polit, mother of John Polit. I am 68 years old, a
wife, mother, grandmother, and great-grandmother. John is the
third of my five children. He was born on March 13, 1981, in the
city of Hollywood, Florida, at Memorial Hospital.
It was a blessed and joyful day for the whole family. He was a
very loved, anticipated, and pampered child, a healthy and
robust baby, giving us countless reasons to thank God for his
birth.

From a very young age, he had a defined personality. At the age
of 3, when he entered preschool, John insisted on wearing a tie.
He was very well-liked by the teachers, and they allowed him to
dress that way throughout preschool.

He was helpful at school, brought order to everything, and was
always well-dressed, clean, and polite. From the age of 10, his
curiosity for learning stood out, and he had the image of a small
entrepreneur. For example, he wanted to set up a cart to sell hot
dogs on the corner of our house because it was a busy street, and
he saw it as a good business opportunity.
John was, and still is, a very affectionate son. He was always by
my side, attentive, and eager to accompany and help me in any
way he could.

I remember one time when it was raining heavily, and while I
was trying to contact a worker to check the roof because water
was leaking through the wall, I realized he was already up on the
roof trying to find the problem.

He was very generous. For instance, in the area where we lived,
there was a family who sold lottery tickets on the street. From
time to time, they would ring the doorbell asking for John
because he would have a bag of his clothes ready to give them,

clothes he had collected once they no longer fit him.

John always excelled in sports, becoming a school and high school swimming and triathlon champion.

When schoolmates organized parties, they were usually held at our house. John was always attentive to every detail, from the beginning to the end, organizing, cleaning up all the trash, and making sure everything was left spotless.

He studied at Javier High School, a Jesuit institution. He attended all the religious retreats and participated in helping the priests distribute food to villages. The priests once told me that John had a strong spiritual calling and that I shouldn't be surprised if he decided to pursue priesthood studies, to which I replied that I left that decision in God's hands.

He finished high school and enrolled at Merrimack College in Boston. He fell in love and got married very young, having his first daughter, Fiorella, who was born in Boston. He balanced his studies with the responsibilities of having a family, being an excellent father.

His second daughter, Nathalia, was born years later. As a premature six months old new born baby, she had to stay in the hospital for three months. I witnessed my son's anguish and dedication to this baby, who was fighting for her life. He was completely devoted to her, praying for her recovery.

The baby came home with oxygen tanks and cables connected to her, which was overwhelming. This situation lasted for several months. They constantly had to take her to specialists. The baby was at risk of losing her sight, had a very strict diet due to reflux, and was very small and thin.

Thanks to God, the doctors, and the love and dedication of her parents, she overcame these challenges.

This story highlights the courage and incredible dedication that John, as a father at such a young age, showed in bringing his premature daughter through this difficult time. Today, Nathalia is a lovely and sweet 18-year-old girl.

John has three wonderful children and maintains a beautiful relationship with them.

He demonstrated his capacity, effort, and dedication from the moment he started working in banking, taking courses to expand his knowledge and contribute more to the institution where he worked.

As a mother, I will always see my children as the little ones I

nurtured and protected.

In reality, he is now a grown man, and what I feel for him is immense love.

How heartbreaking it is to once again beg for mercy from you, Judge Williams, now on behalf of my beloved son, John. He is a good human being of faith, optimistic, sensitive, courteous, generous, supportive, a good brother, an excellent son, and a loving father.

I ask for leniency for John. He has so much love in his heart to give to his family and those close to him.

Sincerely,
**Nancy J. Polit**

*Nancy J. Polit.*

7111 Charleston Street
Hollywood, FL 33024
(954) 479-4846
January 6th, 2025

The Honorable Kathleen M. Williams
United States District Judge

      RE:   *United States v. John Christopher Polit*
              24-CR-20390-KMW

Dear Judge Williams:

My name is Matilde Esteves. I am 88 years old. I am a widow; my husband passed away two years ago. I have seven children. John Polit is the 11th of my 18 grandchildren. I have around 40 great-grandchildren, so many that I can no longer count them, and nine great-great-grandchildren, all born in the United States and living in different states. John is one of my closest grandchildren because he would always accompany my daughter Nancy to visit me when they came on vacation.

After finishing school, during vacation, he and his siblings would stay at my house. I remember that after one vacation ended and they returned home, John sent a letter to his grandfather, who had a strong character, thanking him for letting them stay at his house. John also asked his grandfather to care for himself and not get so angry, as it was bad for his health. John said he loved him very much and didn't want him to get sick.

I remember that, about 15 years ago, John often visited me with his young daughters—my great-granddaughters. John enjoyed having dinner with his grandfather and me. At the time, my house needed repairs and remodeling. John offered to help and personally took charge of painting the house, installing curtains and new baseboards, and redecorating what was already there. I still live in the house John helped me remodel. I recall how impressed my friends were by this gesture—seeing a grandson who already had his own life take such loving care of his grandparents. John has always been very special to me and his grandfather, Jorge.

With the utmost respect, I ask Your Honor to view my grandson, John, with compassion. He is a kind, well-mannered, and intelligent young man who consistently shows love and support to his family. My great-grandchildren still rely on him deeply. I humbly pray that, if it is God's will, he remains close to us.

Sincerely,

*Matilde Esteves*

Matilde Esteves

Ciudadela Colina de los Ceibos,
Ave. Primera No. 117, Calle Tercera
Guayaquil, Ecuador
+593999484370
January 7, 2025

Honorable Judge Kathleen M. Williams.
United States District Judge
RE: United Satates v. John Christopher Polit (24-CR-20390-KMW)

Dear Judge Williams:


My name is Maria del Carme de Aguayo, I am an elderly person that resides in Guayaquil Ecuador, I have two children and five grandchildren. I am a Clinical Psychologist, but I also work in activities for private consulting events. And I am writing this letter as a mother.

I have known John John, as we affectionately call him, since he was in high school at Colegio Javier, a catholic religious study center with Jesuit training from Guayaquil Ecuador.

I must make reference to the leadership John John had during his time at the school when he was President of the sports activities that were carried out for the students.

He because a leader, guide, and a role model for his colleagues, always demonstrating a supportive spirit, humane in all activities that were delegated to him. I also had the opportunity to learn about his experiences from when he was in Boston and how he would help young Ecuadorians who traveled to that city to perfect their English.

On one occasion, two of these kids who were in Boston had an emergency situation where they found themselves on the streets of the city without being able to return home after not following a weather warning given by the authorities. That day there was not a single door opened in Boston and these fifteen-year-old boys were wandering around without having a place

to protect themselves from the storm; but it was John John who upon receiving the call from the boys, came out to help them and transferred them to the residence where the young Ecuadorians were staying.

It is a very simple story, but very humane, that impacted us mothers when we learned about the gesture that he had with the boys.

He was also an important collaborator of the Madre Dolorosa Foundation at the high school, with which until now I still collaborate.

He is always remembered as the most enthusiastic in carrying out charitable activities to help with the medical center and scholarships for the Foundation students who were vulnerable people of scarce resources.

This is the John John I knew during his teenage years, who earned the respect, affection, and admiration of his friends and colleagues; and that I bring to your attention so that you, Madam Judge, consider it the moment that you have to make your decision about the young John John that I knew and that I have presented to you today.

Attentively,

Maria del Carmen de Aguayo

13661 SW 119 AVE
Miami, FL
(786) 747 – 8643
Monday, January 6,
2025

The Honorable Kathleen
M. Williams United States
District Judge

RE:     *United States v. John Christopher Polit*

         24-CR-20390-KMW

Dear Judge Williams:

My name is Xavier Duran. I have been a friend of John Polit since I was about 13 years old. I work in sales as an account executive for an airline.

I have known John since he was about 12. We studied at the same school in Ecuador, and we became closer each year we spent there. I know him very well. John is an excellent friend, father, and person. He has always shown great affection for the people he knows—even those who are not so close to him—quietly and selflessly helping them in any circumstance without expecting anything in return.

As a father, John moves heaven and earth for his children, always putting them first. He ensures they attend the best schools and universities and always provides for his family, including his extended family, while maintaining an exemplary relationship with his ex-wife. He has also always been concerned about his community and surroundings, not because he boasts about it (as I mentioned, I have always seen him act quietly and selflessly). Still, through chance encounters, I have seen how he gets involved with nonprofits and organizations that need support.

I have witnessed how he has been there for me during difficult

emotional moments and other hardships. Just as he has been there for me, he has been a source of support for many of his friends over the decades, always without expecting anything in return. He is constantly concerned about the well-being of the people around him. Many times, jokingly, I have told him this is why he doesn't have much hair left.

I have only had positive experiences with John. He has been very important to me, and he deserves to be heard and the opportunity to continue on the right path and positively impact the people he knows now and those he will meet in the future.

With the utmost respect, I thank Your Honor in advance for taking the time to consider this letter.

Sincerely,

Xavier Duran

Luque 127 y Pedro Carbo
Guayaquil, Ecuador
+593984393375
December 22, 2024
The Honorable Kathleen M. Williams
United States District Judge
RE: *United States v. John Christopher Polit*
24-CR-20390-KMW

Dear Judge Williams,

My name is Jorge Encalada Villacís, and I am an agronomic engineer as well as a producer and exporter of organic bananas in Ecuador. I am writing to you as a close friend of John Polit Esteves, whom I have known for more than three decades since our days at Colegio Javier in high school. Over the years, our bond has grown into a lifelong friendship, and I want to share some of my experiences with John in hopes that they provide insight into his character.

John and I have been close friends for many years. I had the privilege of being a witness at his wedding, and he was a witness at mine. I was present at one of the happiest moments of his life—the birth of his first daughter, Fiorella, in Massachusetts—and I am honored to be the godfather to his son, John Jr. These shared milestones are a testament to the depth of our relationship and my understanding of the kind, supportive, and dedicated person John is.

John has always been like a big brother to me, offering advice, time, and unwavering support whenever I needed it. His role in my life has been invaluable, especially during challenging periods. For example, when my marriage to Andrea ended, John not only helped me navigate the difficulties but also encouraged me to pursue happiness. When I found love again with my wife, Beatriz, he showed genuine joy and supported me wholeheartedly. His ability to empathize and encourage those around him is truly remarkable.

John's compassion extends to all aspects of his life, particularly his family. I accompanied him in supporting his ex-wife, Necane, during a difficult time, and his dedication to those he cares about was evident. John has consistently demonstrated a strong moral character and an innate sense of responsibility, always prioritizing the well-being of those around him.

Every time my family and I visited the United States, John welcomed us into his home with open arms. We would share meals, reminisce, laugh, and create cherished memories. His generosity and hospitality are reflections of his genuine care for others.

I firmly believe John is a compassionate, thoughtful, and kind-hearted individual who has positively impacted my life and the lives of many others. Whether it's hosting my family,

providing support during difficult times, or simply being a dependable friend, John has consistently demonstrated the best qualities of a caring and selfless person.

I respectfully ask that you consider these qualities when determining John's sentence. His kindness, loyalty, and ability to inspire and uplift those around him demonstrate his value to his family and society. I hope this letter provides helpful insight into his character and the positive role he has played in the lives of those who know him.

Thank you for taking the time to consider my letter.

Sincerely,


**Jorge Encalada Villacís**

Dustin Parfitt
10 Whispering Oaks Circle
West Palm Beach, FL 33411

December 31, 2024

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Christopher Polit 24-CR-20390-KMW

Dear Judge Williams,

My name is Dustin Parfitt. I am 47 years old, Executive Chef, and co-owner to several restaurants in Wellington, FL. I am a husband and father to two children, Amelia and Dusty. My family is the driving force behind my hard work and dedication to my profession. I love what I do and have much gratitude for the opportunities that I have had over the last 14 years.

I am writing this letter on behalf of John Polit. I have so much gratitude towards John. I first met John Polit in 2010 through my now business partner Juan Gando. Juan Gando and I started our friendship working together at a well-known restaurant in Palm Beach and became fast friends with a dream of one day opening our own restaurant. At the time that I met John Polit, my wife was pregnant with our first child working as a nurse. I had the dream and vision for a restaurant. Juan and I presented John Polit with our vision and business plan for a restaurant concept that we believed in and were willing to dedicate ourselves too. From the very start, John Polit listened and believed in Juan and I. He treated us with the utmost respect and fairness. John Polit has been a great business mentor for me. I have a great deal of respect for John Polit. He has always been very supportive and has provided great leadership through many of the challenges that Juan and I have faced in the restaurant business.

I am very thankful to have someone like John Polit as a business partner. He is truly of great character. I will be forever grateful for him taking a chance on Juan and myself to build the business that we have today. I believe that John Polit is a very kind, caring person with good intentions. From the bottom of my heart, I hope that you will take into consideration that John Polit is a good person that has made such a positive impact in many people's lives, including my own.

Thank you for your time.

Best Regards,
Dustin Parfitt
Cell 561-758-8360

222 NE 2nd Ave

Miami, Florida 33137
(786) 815-0398

December 20th, 2024

The Honorable Kathleen M. Williams
United States District Judge

**RE: United States v. John Christopher Polit**
**Case No.: 24-CR-20390-KMW**

Dear Judge Williams,

My name is Henry E. Alvarez, and I have had the privilege of knowing John Christopher Polit since 2015. Over the years, I have come to know John not only as a colleague but also as a true friend. I initially worked for John at a few of his companies, and even after our professional paths diverged, we maintained a strong and supportive friendship.

John has always been someone who genuinely cares about the people around him. During my time working with him, he consistently went out of his way to ensure that his employees felt valued and supported. I recall an instance when a colleague was facing significant personal difficulties, and John didn't hesitate to step in and provide financial assistance and emotional support. This act of kindness is just one example of how John has made a meaningful impact on the lives of others.

On a personal level, John has been a source of encouragement and guidance in my life. He has always approached challenges with a sense of resilience and optimism, qualities that I deeply admire. His generosity and willingness to help others, whether through mentorship or simply being a good friend, have left a lasting impression on me.

I believe John's actions over the years reflect a person who is inherently good-hearted and committed to bettering the lives of those around him. While I am aware of the gravity of the situation, I respectfully ask that the Court consider these qualities when determining John's sentence. I truly believe he has the capacity to continue contributing positively to society and to learn from this experience.

Thank you for taking the time to read my letter. If you have any questions or require additional information, please do not hesitate to contact me at (786) 815-0398.

Sincerely,
Henry E. Alvarez

Jorge Vasquez and August 101
Cuenca  Ecuador
593-999606537
02/01/2025

The Honorable Kathleen M. Williams United
States District Judge

RE:     *United States v. John Christopher Polit*

24-CR-20390-KMW

Dear Judge Williams:

I am Milena Sarasola Plaza, a Doctor by profession living in Ecuador. I am writing today to share a
few words about a very special person in my life:: John Christopher Polit, my ex-brother-in-law on
paper, but in my heart, more than a brother-in-law and a fundamental person in our family. It is
impossible to speak of John without feeling a mix of affection, admiration, and respect for
everything he has been and continues to be for us.

John entered my life about 23 years ago. From that moment, his presence has been a pillar of love
and dedication. From the very beginning, I saw him not just as a brother-in-law but as an older
brother. I have a particularly vivid memory of a time a few years ago when I stayed in his first
apartment for several months during the birth of my oldest niece. That experience has remained
engraved in my memory as a testament to what it means to be together, to support each other, and to
be a family.

As a physician working with low-income patients and children, I've often witnessed John's genuine
eagerness to find ways to help those in need. What stands out most about John is his ability to be a
loving man, as a brother-in-law and father. He has proven to be an example to follow: always at the
forefront, always available to guide, listen to, and support his children in everything they need. The
values he has instilled in them, his infinite patience, and his unconditional love are reflected in his
wonderful relationship with them. Without a doubt, they are an extension of his heart and his love
for his family.

Today, as John is going through a difficult time, I want to take this opportunity to express how
incredible he is. His strength, generosity—and, above all—his kindness, have made him someone
deeply loved and valued by everyone who knows him. Despite the challenging circumstances, I do
not doubt that his spirit and love for his family will help him move forward.

I am grateful for every shared moment, conversation, laugh, and everything John has done for my
sister and all of us. Today, more than ever, I want to express how important he is to our family, how
lucky we are to have him, and how much we love him. He truly has a heart of gold.

Sincerely,

Milena Sarasola P.

Daniela Muir, Esq.
9590 SW 72nd Court
Pinecrest, Florida 33156
(786)399-5482

December 30, 2024

The Honorable Kathleen M. Williams
United States District Judge

RE: *United States of America v. John Christopher Polit*
24-CR-20390-KMW

Dear Judge Williams:

I am writing this letter on behalf of my friend, John Christopher Polit. I met John through my mother, who worked with him at a financial institution many years ago. I have known John in a personal capacity for over 15 years, during which time he has become a dear friend of my family. He is a genuine, hard-working, and kind person.

My long standing friendship with John, has allowed me to see the kind of man that he is-day in and day out. When John's youngest child was born, I spent a lot of time with his family. I saw him devote countless hours dedicating himself to bettering his education and career, all while taking care of his family. When I went to law school and subsequently studied for the bar, I looked to John for inspiration. He had been able to study and further his career, finding success while being a husband and a father of three small children. He never did so at the expense of his family, rather with his family in mind. I have now been practicing law for close to a decade, and have three small children of my own. I know what John was able to do for and with his family was no small feat. He took the endless hours of being a father, working, studying, and renovating homes, in stride with patience and humility. As a mother, I deeply admire how much he fought to do the best for his family. He raised three incredible, grounded, and happy children.

Despite achieving success in his career, John was never boastful or arrogant. He remained humble and always willing to help those in need. Time and time again, I saw John extend a helping hand to friends or family who needed it. This speaks volumes about his character. He always made sure to carve out time for his children and family. John is, at his core, a family man with strong values and community ties. Therefore, I believe that leniency in John's sentencing would be beneficial to his family and community. It would be detrimental for his children to miss out on time with their father, especially as they transition through their teenage years and into adulthood. It is a pivotal time in their lives, and there is no one better to guide them through that than their parents-both mother and father.

Sincerely,

Daniela Muir, Esq.

10040 SW 138th St
Miami, Florida
7869784061 1/5/2025
The Honorable Kathleen M. Williams
United States District Judge
RE:
  *United States v. John Christopher Polit*
  24-CR-20390-KMW


Dear Judge Williams,

My name is Daniella Pigna, and I write to you as both a concerned friend and a proud member of this Miami community. By way of background, I work as an Administrative Assistant at Keller Postman in Coral Gables, and I hold a bachelor's degree in international relations from Florida International University. As the daughter of Venezuelan and Panamanian immigrants, I was raised to value hard work, integrity, and the importance of giving back to one's community. It is with those values in mind that I humbly ask for your mercy and compassion as you consider the case of my dear friend, John Christopher Polit.

I first met John in 2018 while working at the Melo Group, and from that very first interaction, it was clear to me that John was a man of remarkable character. Over the years, I have come to know him not only as a friend but as a mentor and a role model. John's unwavering kindness, intelligence, and generosity have left a lasting impact on my life and the lives of countless others.

John is, at his core, a family man. He has dedicated himself to providing for his children and their mother, as well as extending his love and support to her partner and their child—a level of responsibility that speaks to his selflessness and deep commitment to doing what is right. His children are a testament to the values he instills, they are respectful, compassionate, and grounded, reflecting the guidance of a loving and dedicated father.

Personally, John has been a pillar of support for me during some of the most challenging times in my life. When I was struggling to find my footing as a young student and professional, John took the time to listen, to advise, and to encourage me. Whether it was helping me refine my academic arguments or simply being a source of stability, his kindness and mentorship have shaped me in ways I will forever be grateful for. John never sought recognition for his efforts—he simply wanted to help.

I fully understand the seriousness of the charges against John and the importance of accountability under the law. However, I also believe in the principles of mercy, redemption, and the recognition of a person's capacity to contribute positively to society. John has shown, time and again, that he is a man who values family, community, and hard work. He has the potential to continue being a source of support and inspiration for those around him if given the opportunity.

9500 SW 94th Ct.
Miami, Florida
(305)301-0866
January, 14 2025

The Honorable Kathleen M. Williams
United States District Judge

          RE: *United States v. John Christopher Polit*
              24-CR-20390-KMW

Dear Judge Williams:

My name is A. Gabriela Boza (Gaby), I am a primary care physician but I have been dedicated full time to my family after my first born child 13 years ago.   I met the Polit family at Westminster Christian School 8 years ago.   My oldest son Adrian is Johncito's friend since kindergarten.

Back in 2017 I met Johncito and his family.   At that time John and Necane were recently divorced.   Soon I became good friends with Necane and the whole family.   The boys started playing basketball so we would go to the games with John, Necane, and the kids.   We also celebrated birthdays together.   I was mesmerized by the balance and the harmony of their relationship even though the divorce was recent.   I have always admired the emotional wellbeing of Johncito, Natalia and Fiorella during and after the divorce.   It is no secret divorces are harsh on every member of a family.   I was mostly impressed by the love and respect Necane kept for John.   That speaks very highly of a man, specially after a divorce.   It was a couple of years later that I found out about the reason of the divorce and that made me admire John even more.   Only a unique, good, and special person like John can generate the acceptance, the compassion, and the love that his family have for him.   Today I am happy to call John my friend.   He is a great example of love, hard work and a rock to his family.   We still celebrate birthdays, marriages, and basketball games together and support our kids.

I hope you can see the great person that John is and the good of his heart.   I pray that he can inspire in you the same compassion he has inspire in the hearts of the people that knows him.   Thank you for your time and consideration.

Sincerely,

*Agabriela Boza.*

A. Gabriela Boza

Your Honor, I respectfully ask that you consider leniency in John's case. Removing him from his family and community would not only punish him but also deprive those who rely on his guidance and support. I trust in your wisdom to balance justice with compassion, and I pray that you see John as the caring, responsible, and deeply human individual I know him to be.

Thank you for taking the time to read this letter and for your careful consideration.


Sincerely,

Daniella Pigna

Urb. Jardines Parque Magno
K.m. 9.5 vía Samborondón
Guayaquil, Ecuador
59 399 700 5218
01/03/2025

The Honorable Kathleen M. Williams
United States District Judge

      RE:    *United States v. John Christopher Polit*
            24-CR-20390-KMW

Dear Judge Williams:

My name is Carolina Wong. I have known John since the year 2001. We became friends in Boston when my friends and I went there for a study-abroad program during our vacation. After some time, John married one of my childhood best friends, Necane. Since then, despite the distance, we have maintained our friendship over the years.

From the moment I met John, I admired his dedication to his studies and everything he accomplished in his professional career. I consider him to be a very intelligent, hardworking, and persevering individual. He has always stood out, but above all, he has wanted to make his family proud. I have witnessed his dedication to his family for over 20 years.

John is a good friend who does not express much with words yet lets his actions speak. If there is any way he can help, he does so without hesitation. On many occasions when I visited Miami, he welcomed me into his home, always being very generous and affectionate with my family. John is no longer married to my friend Necane, but we remain friends, and I hold him in great esteem. He is an exceptional father, and, above all, John is a person of undeniable good character.

I kindly submit this letter for your consideration. Thank you for your time and understanding.

Respectfully,

Carolina Wong

Victor Fernando Solorzano
9590 SW 72nd Court
Pinecrest, Florida 33156
(786)367-6067

December 29, 2024

The Honorable Kathleen M. Williams
United States District Judge

     RE: *United States of America v. John Christopher Polit*
     24-CR-20390-KMW

Dear Judge Williams:

     I am writing this letter on behalf of John Christopher Polit. I have known my dear friend John since the year 2005. I met John through my wife, who was his co-worker when they worked for a bank in Miami.

     Due to our close friendship and the affection that I have for his family, I consider John more family than a friend. For this reason, I feel I can attest to his character.  have seen his professional development and business endeavor throughout the years, of which I have always been proud of. I know John to be a person of integrity, high moral character, and a tirelessly hard worker. Throughout our years of friendship, I have seen how his generosity has helped people who have needed it. He never hesitated to help a friend in need.

     I have a particular anecdote that has stayed with me throughout the years, and which shows John's hard working and humble character. In or around the year 2009, John purchased 3 houses in the city of Hollywood (Broward County). These houses were incredibly run down and needed to be gutted. He purchased them with the intent of rebuilding them. John and I personally worked late afternoons and long nights, after our own jobs were finished for the day, to get these houses into shape. We spent weekends and holidays away from our families in order to work on those homes, many of those were 15 + hour days, because we knew we had the responsibility to finish the job. John kept his head down and did the work needed to get those homes done. That is the kind of person he is-humble, kind, and hardworking.

     I am incredibly saddened by what is happening to John in this case, and I hope for the best possible outcome for him. He has a family with young children still and I hope for their sake and his, that his sentencing be lenient.

Sincerely,

Victor Fernando Solorzano

Fernando Solorzano-Bowen, Esq.
9590 SW 72nd Court
Pinecrest, Florida 33156
(786)260-9310

January 4, 2025

The Honorable Kathleen M. Williams
United States District Judge

>     RE: *United States of America v. John Christopher Polit*
>     24-CR-20390-KMW

Dear Judge Williams:

My name is Fernando Solorzano-Bowen. I am a practicing attorney in Florida and have known John Polit for over two decades as both a neighbor and friend.

During that time, I believe I have come to know John quite well on both a personal and professional level. This is why I can say with the utmost sincerity he is honest, hardworking, and a truly outstanding individual. John is a consummate family man; a beloved and present father to his three children. He also serves as an example of success to them, demonstrating that honesty and hard work will lead to success. Simply put, John is the beating heart of a beautiful and close-knit family unit.

Among his friends and others, John is known for being kind, intellectual, and a man of high character. Through the years, I have witnessed time and again John's adherence to the motto of our shared Jesuit education, "Men for Others." He is unflinching in his commitment to helping others without any hope of recompense or reward. Down to his core, I believe John to be a good person and an integral part of his family and local community.

Ultimately, I hope I have communicated the many reasons I believe John Polit to be an exceptional individual who merits, at the Court's discretion, leniency in his upcoming sentencing.

Sincerely,

Fernando E. Solorzano-Bowen, Esq.

Fsolorzanobowen@gmail.com

(786) 260-9310

4474 Weston Rd PMB # 203
Davie, FL 33331
954-2001909
January 5, 2025

The Honorable Kathleen M. Williams
United States District Judge

     RE: *United States v. John Christopher Polit*
        *24-CR-20390-KMW*

Dear Judge Williams:

I am writing to provide a character reference for Mr. John Polit, who is scheduled to appear before your court for sentencing. I have had the privilege of knowing Mr. Polit in both a professional and personal capacity over the past several years. As an Accountant and QuickBooks Trainer, I initially became acquainted with Mr. Polit in 2016 when I began assisting and training one of his employees. Shortly thereafter, I started offering bookkeeping services for some of his companies.

Over time, my professional relationship with Mr. Polit grew, and I had the opportunity to interact with him more frequently. Through our continued collaboration, I also became acquainted with members of his family, including his brothers Charles and Michael, his brother-in-law Mr. Piñeros and his former wife Necane. These interactions allowed me to observe firsthand Mr. Polit's dedication to his work, his role as a supportive family member, and his genuine character.

From my experiences, Mr. Polit has consistently demonstrated professionalism, strong values, and a commitment to fairness in his business dealings. Additionally, I have observed him to be a devoted father, a compassionate individual, and a reliable friend. Beyond our professional engagements, Mr. Polit has introduced me to other business owners and professionals, which has positively impacted my career by providing opportunities to expand my client base.

I respectfully submit this letter to provide insight into the character of Mr. Polit based on my professional and personal interactions with him over the years. I trust that this information will assist the court in its consideration.

Thank you for your time and attention to this matter.

Respectfully,

Alejandro Diaz, CPA

Monica Bowen-Solorzano
9590 SW 72nd Court
Pinecrest, Florida 33156
(305)984-5409

January 5, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: *United States of America v. John Christopher Polit*
24-CR-20390-KMW

Dear Judge Williams:

My name is Monica Bowen-Solorzano and I have known John C. Polit since 2004, we met when we both worked for Pacific National Bank. Even at a young age, John was always responsible, brilliant, hardworking, and humble. Although he came from a wealthy family, he worked hard and on his own to become a successful professional. These qualities led to him earning the respect and friendship of his co-workers and all those around him.

I remember the first time we spoke; it was on the Metrorail on our way to work. He was reading a brochure, and I asked him what he was reading. He politely and altruistically – a characteristic defines him – explained that it was a brochure for a townhome he was planning to purchase for his growing family with his life savings. We spoke at length about his plans for his family and a passion for real estate, which we both shared.

Since then, we have developed not only a professional bond, but a personal one which has extended to both of our families. I have seen John grow as a person; seeing him study and work diligently with humility and dedication. I can say without a doubt that John was an inspiration of hard work and perseverance for my two children, who are now great professionals and good people.

It is easy to speak about John; an honest and humble man with a big heart, always willing to help those in need. He is someone who has worked tirelessly from a very young age to achieve his dreams and persevere for his family. John is a loving father, who has raised 3 wonderful, respectful, well-rounded children. My husband and I are proud to be the godparents of his oldest daughter, Fiorella, whom we adore.

I can say without a shadow of a doubt that John is not only my friend but has become a part of my family. Knowing him for the past 20 years has given me the certainty that John is a wonderful human being, a dear friend to those around him, and an asset to his community. He is deeply loved by his family and friends for the simple reason that he is a good person down to his core.

It is my hope that my testimony about John has been able to shed some light on his character and who he is as a person. I pray that his sentencing will be lenient so that he may continue to live his life alongside his three beloved children-guiding them and protecting them during the most important years of their lives. Something only a father can do.

With All My Respect,

Monica Bowen-Solorzano

TOMAS KUCERA, Esq.
6303 Blue Lagoon Dr.
Ste 400
Miami, FL 33126
Tel.: (305) 951-2223
Email: Tom@KuceraLaw.com

January 5, 2024

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Christopher Polit
24-CR-20390-KMW

Dear Honorable Judge Williams:

My name is Tomas Kucera, and I am a Florida Bar Member in good standing since 2007
(FBN 36011).

Initially, I met John Polit in the year 2009 as a prospective client who needed legal
assistance and real estate title services in Miami-Dace County, Florida. From the first
meeting my impression of John was that he was a collected, well mannered, courteous,
polite person of high intelligence and reliability.

Over the next 16 years I have become good friend with John and despite him being a busy
successful individual, I have always experienced a man of great integrity, an incredible
father, and a business partner to all he has engaged with.

I always admired his collected, calm, and fair approach to his business associates, his
children and anyone he has encountered.

Until today, John often texts me "Is everything good doc?" especially in the moments when
he was aware that I personally experienced some tribulations and challenges in my
personal life.

He is always willing to help, talk, or just go out for breakfast and talk and support.
Specifically, I remember him offering to me an assistance to open my own Brazilian Jiu Jitsu
gym, (Jiu Jitsu is my passion and I hold 2nd degree black belt). After discussing the details, I
realized that John would have made virtually no profit from this venture until the gym
started making money. In other words, John was willing to back me up by providing the

venue, buildout and equipment without the possibility of getting paid back should the venture crash.

Ultimately the realization of these plans was made impossible with COVID pandemic destroying the "fitness market", however, I know of no other person that would be willing to offer "helping hand" in realization of friend's dream without asking anything in return.

I also witnessed John's interaction with his children. John is an outstanding father, and he thinks of mentioning his children and their future al the time. This is abundantly clear in every conversation I have had with him concerning his future, legacy, and the future of his kids.

I treasure John as one of my best friends and a person to whom I can always turn in the situation of peril.

The above is "my" experience with John. I have personally witnessed his interaction with many others, and I am convinced he has positively and perhaps even more significantly touched and benefited many others in business, personally and otherwise.

Dear Honorable Judge Williams, I would like to most respectfully ask that you take this letter, my personal experience and opinion of John, into consideration when evaluating him as a person, father, business associate, and as an incredible friend.

I can be reached for sworn or personal testimony about John, if necessary.

Truly.

Tomas Kucera

1690 SW 27 Avenue Apt 607
Miami, FL 33145
(305) 479-4651
01/06/2025

The Honorable Kathleen M. Williams United
States District Judge

      RE:   *United States v. John Christopher Polit*
              24-CR-20390-KMW

Dear Judge Williams:

My name is María Constanza Ramírez. I am the treasurer and accountant at a telecommunications
company in Miami, Florida, where I met Necane—John Christopher Polit's ex-wife—about 18 years ago,
when their eldest daughter was still little. Necane was my assistant for about six years. During that time,
my relationship with them grew, and a beautiful friendship was born. I got to know their daughter, as well
as John, quite well.

John welcomed me into their home many times, always very kindly. I grew very fond of them very
quickly. They were a young couple but very responsible, wonderful parents, which impressed me greatly.
I even spent one New Year's Eve with them when I was alone and far from my family; they invited me so
I wouldn't be alone. I also remember celebrating some of my birthdays with them. They supported me in
many of my art exhibitions—one of my hobbies—helping with numerous details like transporting my
paintings and more.

I owe it to John that I have the apartment where I currently live—my home—because he always advised
me to become a homeowner. As a single mother at the time, I recall he was working at Regions Bank, and
he helped me through the entire process, putting me in contact with the right people to find the apartment,
secure the necessary financing, and handle everything without asking for anything in return. He was
always an excellent person, a wonderful husband, a dedicated father, and a true friend.

I was also part of their lives when their daughter Nathalia was born very prematurely. It was a difficult
time, and I witnessed their struggles. Although Necane stopped working with me many years ago, we
have always stayed in touch, looking after one another. They have always cared about me, just as I have
cared about them. I sincerely consider John to be an outstanding friend and individual.

I respectfully ask you, Honorable Judge Williams, to consider everything John contributes to the
community—he is always there with advice and a helping hand, genuinely wanting people to succeed and
grow with strong values. He truly adds so much to the lives of many of us. Thank you for allowing me to
share my perspective about John.

Sincerely,

María Constanza Ramírez

Jose Toro
3400 Outcrop Ct
Clayton, NC 27520
(919) 720-2333

January 6, 2025

The Honorable Kathleen M. Williams
United States District Judge

    RE:    United States v. John Christopher Polit
               24-CR-20390-KMW

Dear Judge Williams,

My name is Jose Toro, though most people know me as Pepe Toro. I am the Corporate Director of Sales for a Fortune 100 Foodservice Distribution company. I am writing to you today on behalf of my friend, John Polit, who is facing sentencing soon. I have known John since we were young boys growing up in Ecuador, and I would like to share my perspective on the person I have come to know and respect over many years.

From the moment I met John, he stood out to me as a kind-hearted, principled, and just individual. Despite coming from an affluent family, he was always humble and approachable, traits that are often rare in such circumstances. He treated everyone with respect and compassion, regardless of their background or circumstances, and his integrity earned him the admiration of our peers.

After I moved to the United States nearly 30 years ago, John and I lost touch for some time, as means of communication weren't as vast as they are now. However, when we reconnected after more than a decade of not seeing each other, it was as though no time had passed. John remained the same sincere, thoughtful person I had known in our youth. In addition to his kindness and humility, I came to admire his deep dedication to his family. Whether through conversations or observing his actions, it's clear that his loved ones are at the center of his life. He has always spoken with pride about his family and worked tirelessly to support and nurture them.

Over the past 15-20 years since we reconnected, I've had the privilege of seeing John a handful of times, due to our busy schedules, but once again, every time we saw each other, it was as if we had just seen each other the previous week. One of those times that stood out to me the most was when my father, who lived in Ecuador, was very sick and towards the end of his life, I was on my way to see him in Ecuador but had to stay overnight in Miami due to flight schedules. John and his family welcomed me into their house with open arms and just by their hospitality and John's brotherly words of encouragement, helped me overcome the angst and sorrow I had as I was traveling down to perhaps say goodbye to my father. As insignificant as it may seem, I'll never forget it.

I recognize the gravity of the situation before the court, but I hope my words convey the character of the man I have known for so long. John is someone who has consistently demonstrated humility, kindness, integrity, and an unwavering commitment to his family and those he cares about. While I do not know all the details of his current circumstances, I firmly believe that these qualities remain an integral part of who he is.

I respectfully ask that you consider these aspects of John's character as you make your decision. I believe he has much to contribute to his family, community, and society, and I am confident that he can move forward in a positive direction.

Thank you for taking the time to read my letter and for considering my perspective. Please do not hesitate to contact me if I can provide any additional information or assistance.

Sincerely,

Jose Toro
(919) 720-2333
Pepe.Toro@rocketmail.com

Tamara Devos
7240 NW 114 Ave., Apt 204
Doral FL 33178

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Christopher Polit, 24-CR-20390-KMW

Dear Judge Williams:

My name is Tamara Devos, and I have been John's friend since 2005 and a former coworker since 2013. We met because our daughters used to go to the same dancing school back in Doral. He frequently attended dance classes, and from there, a friendship was built between my family and other families, going to several dance competitions and different events, such as birthdays and celebrations.

A couple of years after he contacted me to offer me a job as he was looking for someone with my accounting background, in the seven years I worked with John I can say he was my mentor, and thanks to him I acquired the experience I have today, always willing to help me grow in my career and not only me, he helped other as well, always with his door open to receive any feedback, also John has been in contact with his kids as a father, emotionally and financially, that says a lot about a person, not many divorced dad keep seeing their children.

Thank you very much for your time.

 Respectfully,


Tamara Devos

Jardines Parque Magno Samborondón, Ecuador
593 999406335
January 6, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Christopher Polit 24-CR-20390-KMW

Dear Judge Williams,

My name is Tomas Orrantia, and I have had the pleasure of knowing John Christopher Polit for approximately 20 years through his ex-wife. Over the years, I have been able to observe the qualities that define John as a responsible, dedicated, and compassionate person, especially in times of great difficulty.

I particularly remember when his second daughter was born prematurely. At that time, John demonstrated great maturity and responsibility as a constant support for his family. Despite being young at the time, his dedication and love for his daughter and family were exemplary.

Although we haven't had the opportunity to see each other frequently in recent years, whenever we have had the chance to chat, I have noticed that he remains the same dedicated and respectful man. His relationship with his ex-wife is respectful, and he cares deeply for his loved ones.

For all of these reasons, I am writing this letter for your consideration and a respectful thank you for your time and attention.

Sincerely,

Tomas Orrantia

1200 Chenille Circle
Weston, Florida 33327
954 684 9410
January 6th, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE:     United States v. John Christopher Polit
        24 - CR-20390-KMW

Dear Judge Williams:

My name is Andrea Lopez Alvarez, born and raised in Ecuador and currently also a citizen of the United States. I have a masters degree in International Business Administration with work experience in foreign trade and sales. I am currently taking a break from my professional career to enjoy being a full-time mom. I know John through a family relationship; he was married to my husband's cousin, Necane.

I initially met John in Ecuador at the baptism of his second daughter, Nathalia, around 2006. However, it was not until 2012, when I relocated to the United States, that I had the opportunity to visit his home regularly, primarily with the intention to spend time with Necane. The majority of these gatherings, which remain my most memorable, were informal occasions with a small group conversing in the kitchen dining area. From the beginning, John treated me as a member of his close family, and I have a deep sense of gratitude and affection for him because of his warm and inclusive welcome.

In those intimate conversations, he encouraged my husband and me to envision the life we could build in the United States if we did things correctly. For a long time, I struggled with adapting to being apart from my family and, on more than one occasion, I considered returning to Ecuador. John and Necane's vision was one of the main motivators that made me feel that I had made the right decision in coming to this country. My husband and I also used to consult with John for financial advice; specifically around how to manage our savings while we were thinking about having children and buying our first home. John was open in explaining to us how he was protecting his children's future in the long term with different investing strategies. Now that we have 2 children of our own, my husband and I continue to follow the advice he gave us many years ago.

From these conversations it was also clear that he cared deeply about the well-being of his siblings and has always been present in family matters. Something that really made an impact on me was when he told us the story of when Nathy, his second daughter, was born prematurely. Her chances of survival were low, and if she survived, it was likely she would not have been able to have a normal development. John said he made a promise to God that if

Nathy were able to live a normal life he would never reprimand her. God blessed them with a perfect daughter and, as far as I know, John has always had an extra soft side for Nathy. Sharing that difficult and very intimate moment allowed me to see him in his most vulnerable state.

I have always seen John as a successful businessman with outstanding creativity in business, but in my opinion, his best quality is being a family-first man. Even though he is now divorced from Necane, the relationship they maintain for the emotional well-being of their children is admirable. I believe he is someone to whom life has presented many challenges, but he has always known how to manage them with careful consideration of those around him, especially his children. Personally, I admire his relationship with them. Those children are genuinely good people with great values, and that is something that can only be achieved with outstanding education and love at home. They are the reflection of the excellent job both John and Necane have done.

I sincerely appreciate your time and attention to the matters outlined above. I hope that this letter provides a clearer understanding of John as an individual and I trust that his outstanding character will be considered when reaching a decision in the upcoming trial.

Respectfully,

Andrea Lopez Alvarez

Andres Bastidas
Urdesa Central Calle 1, Numero 202
Guayaquil Ecuador
January 7, 2025

Honorable Judge Kathleen M. Williams.
United States District Judge

      RE: United Satates v. John Christopher Polit
      24-CR-20390-KMW

Dear Judge Williams,

My name is Andres Bastidas and I have been friends with John since the age of 4.  He has been a great lifelong friend. Since middle school, John and I and were inseparable and shared many incredible moments. We both participated in sports, such as swimming, where we both were selected by the school to participate in intercollegiate tournaments; and at the same time, track and field and soccer, where we also represented the school in various disciplines.

John and I went through a lot of changes since we both left the middle school and attended different high schools. Despite attending different schools, our friendship remained unbreakable. We spent a lot of our youth serving as altar boys at the same church, helping in many social activities organized by John's high school and the church. We also participated in various athletic and social events for the Ecuadorian Society.

John has always been characterized by his humanity, his gift of kindness and his willingness to help friends. Given that, his time attending university in the United States was also distinguished by his constant support to other Ecuadorians who went to study at his same university. Noticing his virtues, John is a man that has always known to look for opportunities and he has demonstrated that throughout his professional life. He has told me how he started his business in the United States, which turned out to be lucrative businesses due to his hard work, giving employment to many people and always being responsible with those around him.

I have never worked for John, but I have met people who have, and I have always had the best references as my friend has never changed the essence of his character.

John has been a great father, a good husband and ex-husband, a great son, and an incredible friend.

Therefore, esteemed Honorable Judge Williams, I beg that when you sentence John, you see the full picture of the man John is. A man who helps, a man who made his fortune through hard work and entreprenuership, and a man who is willing to correct his mistakes. John is a man who always makes the best out of every problem, and he is a man who, upon serving his sentence, will undoubtedly go out to continue doing good and continue helping others, not just in the United States but around the world.

Unfortunately, in Ecuador, there is not much investment, and it needs people who can give jobs, and John is one of those people that the world needs as he creates jobs and jobs are prosperity.

Sincerely,

Andres Bastidas.

Henry Bowen
11521 SW 153rd Court
Miami, Florida 33196
(305)389-0269

January 7, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: *United States of America v. John Christopher Polit*
24-CR-20390-KMW

Dear Judge Williams:

My name is Henry Bowen. I have known John Polit for more than 10 years. I met him through my sister, who is one of his best friends. During all these years my family and myself have shared many important moments with John and his family. For this reason, I can say with certainty that John is a good person, a hardworking professional and a family man. He is a father to three children who adore him.

I believe John is an honorable individual and the kind of person who doesn't think twice about lending a helping hand to someone in need.  I hope my testimony about John can shed some light on his character and who he is as a person. Respectfully, I plead for leniency in John's case to allow him to raise his young children.

Respectfully,

Henry Bowen

Km 5 Via Samborondon

Guayaquil, Ecuador

+593-994424813

January 6, 2025

The Honorable Kathleen M. Williams

United States District Judge

RE:     *United States v. John Christopher Polit*

24-CR-20390-KMW

Dear Judge Williams:

My name is Karla Polit. I am 37 years old, and I am John Christopher Polit's little sister. I am a wife and mother of two children, holding a degree in Organizational Communication and Public Relations. Currently, I live in Ecuador, dedicate my time to my family, and run my own business where I design and sell baby memory books.

It is an honor for me to tell you a little about John, my brother. Since I was a kid, I have always felt very loved and cared for by him. John has been very responsible, intelligent, and gentlemanly since he was a child. He was always thinking about the goals and dreams he wanted to achieve. He is an unconditional brother; someone you can count on anytime. He is always willing to listen and help. He encourages me to keep following my goals. He has always been there during the most important moments of my life. John was the first person I told I was pregnant with my first baby. I was very scared, so I went to him before telling my parents. He supported me, calmed me down, and gave me the best advice.

John has had and continues to play an important role in my life. When I was little, I loved that he would pick me up from school, go out with him, and meet his friends. Nowadays, living in Ecuador, I run into many of his friends, and the first thing they do is ask about him and let me know how important he was to them. We remember when he hung out with his friends, and I loved staying with him.

In addition to the qualities mentioned, I remember John when he was in school, he was part of the Catholic group and participated in social work. At the time, he was the class president. His commitment to these activities and his compassion towards others was always an example for me to follow. He was very well-liked by the priests at school. When we arrived to school, everyone wanted to greet him. I still can remember the look of happiness on my mom's face, and I saw how proud she was of him.

He is an extraordinary brother, always looking out for us since we were little, especially for the younger ones. Many times, I felt like he was like another dad to me. My friends knew him well and greatly respected him because they said he was always looking out for me. I was lucky to spend my vacations for a few weeks when he was studying in Boston. I was able to see how responsible and loving he was to his family. I noticed how he organized himself to spend time with his family while also studying and working, and he was always very responsible with his tasks. Today, I can see the results of being a good father. He has wonderful children, and it's evident from the love with which they were raised. They are devoted to their family and are amazing kids.

I also had the opportunity to stay for a few months in Miami and visit his office, where he gave me the chance to help him with the graphic design of his company. He would give me tips and advice on how to improve myself. The environment in his office was always very pleasant; they worked as a team, and you could feel the respect and affection they had for each other.

John is an exceptional son. When we lived with my parents, he was always looking out for his siblings and my mom. He was always taking care of her and being attentive. My mom was kidnapped many years ago, and I remember that he was by my dad's side, helping in any way he could until she was found.

We had a little dog who meant a lot to us. One day, she ran out of the house, and someone tried to steal her. John took it upon himself to put up signs around the area, talk to all the neighborhood guards, and keep searching until he found her. To me, he has been like a hero, a brother with a giant heart, always concerned about others.

He is an incredible uncle. Even though we don't see each other very often because of the distance, my kids adore him because he is affectionate. When he's with them, he dedicates his time to them and spoils them. In fact, this month, my daughter, very excited, chose him to be her godfather for her First Communion.  My heart was filled with pride and joy because John is such a good person and an essential part of our lives.

I'm blessed to call John my brother. I admire him, and I believe there are not many people like him.  I beg your Honor to please consider my letter when you hand down your sentence with kindness to my brother, John.

Thank you for your time and consideration.

Sincerely,

Karla Marie Polit

Km 5 Via Samborondon
Guayaquil, Ecuador
+593-994424813
karlapolit@gmail.com

Christian Noffra
105 NW 31st St
Miami, FL 33127
01/05/25

Judge Kathleen M Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, Room 11-3
Miami, Florida 33128

Dear Judge Kathleen Williams,

I am writing to you on behalf of my dear friend, John Polit, to express the profound impact he has had on my life and the lives of so many in our community. I've had the privilege of knowing John for 5 years, and during this time, I have seen firsthand his unwavering commitment to helping others, his generosity of spirit, and his ability to inspire and uplift everyone he encounters.

John is a truly outstanding person in our community. He has a rare combination of wisdom, kindness, and integrity that makes him a trusted mentor and friend to many, including myself. Whether it's offering guidance in business ventures, providing thoughtful advice during challenging life circumstances, relationship advice or simply lending a listening ear, John approaches every interaction with genuine care and dedication.

I recall a time when I was struggling with a business project for a property I was going to develop and felt completely overwhelmed. John not only took the time to walk me through the challenges but also provided me with actionable steps to succeed. He didn't just give me advice; he invested his time and energy to ensure I could navigate the situation confidently. That project eventually turned into a success, and I owe much of it to John's support and encouragement.

Beyond business, John has been a source of stability and insight in matters of personal growth and relationships. On several occasions, I've seen him mediate disputes, offer thoughtful perspectives, and help others find clarity and resolution in difficult situations. He doesn't impose solutions; he empowers people to find their own paths forward.

Just as he has generously mentored me and guided me through the challenges of navigating business as a young entrepreneur, I know countless others who have also benefited from his willingness to lend a helping hand.

I can confidently say that John's positive influence has touched more lives than he probably even realizes. He embodies the principles of compassion, service, and leadership, and our community is a better place because of him.

Thank you for taking the time to consider this letter. I hope it provides a glimpse into the character of the remarkable person John Polit is and the countless ways he has made a difference in the lives of others. If there is any additional information I can provide, please do not hesitate to contact me at (786)326-8855 or christian.noffra@gmail.com.

Sincerely,
Christian Noffra

Eliz C. Polit
8300 NW 102nd Avenue Apt. 415
Doral, Florida 33178
786-546-1421

January 08, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE:      United States v. John Christopher Polit
         24-CR-20390-KMW

Dear Judge Williams:

I am Eliz C. Polit, I am 49 years old and I am John Polit's sister in law. I currently work as
Identity and Access Management Support for Bank United.

Through this letter I would like to express that I have known Mr. John C. Polit since 1993
which is over 31 years when he was only about 12 years old, and I can say that he is not
only a wonderful and very kind person, but also an admirable father, friend, brother-in-law
and hard worker.

All his life has been dedicated to study, work hard and his family to always give his best in
all aspects of his life.

He was always available for whoever needed guidance or assistance in any way, as well
always willing to help other friends and family career wise, support in any way or
opportunities.

I could not say anything other than good things about him, and what a great person he is,
as well devoted and committed to all he does.

Kindly do not hesitate to contact me if you have questions.


Kind regards,

Eliz C. Polit

3740 Irvington Ave
Miami, FL
3059019847
Wednesday, Jan 8, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE:  *United States v. John Christopher Polit*
     24-CR-20390-KMW

Dear Judge Williams:

My name is Alan Drummond, I am the owner of Coyo Taco, 1-800-Lucky and Dante's HiFi respectively, and have been John's close friend for over 8 years. John has been one of my best friends as he has always been there for me. He is someone I have always been able to come to for advise, someone reliable and trustworthy who has been a cornerstone in my life even in difficult times when I have struggled in my personal life. I consider him one of my best friends and he has even been a father figure for my son.

There have been numerous cases in these past few years where John has been paramount in me figuring things out in complicated matters by always offering sound advise and showing up for me and giving me great advise. He helped me lead a much healthier life. Had me start going to the gym and eating healthier, also made me make smarter decisions when it comes to drinking less, and being a better person in general.

I feel very lucky he is such a close friend, so reliable and has a lot of integrity which has translated into me becoming a better person.

I have no problem vouching for John and really hope my letter helps speak towards his integrity and his amazing character. Please feel free to reach out to me for any further questions.

Yours Sincerly,

Alan Drummond

Dylan Roberts
599 Racquet Club Rd, Unit 66
Weston, FL 33326
December 31, 2024

The Honorable Kathleen M. Williams
United States District Judge

Re: United States v. John Christopher Polit Case No. 24-CR-20390-KMW

Dear Judge Williams,

I am writing this letter as a character reference for John Polit, whom I have known for 15 years. My name is Dylan Roberts, and I am his nephew-in-law, as my wife is John's niece. I have worked in the field of finance for the past 14 years.

John has consistently demonstrated remarkable character and unwavering dedication to his family and community. As a family man, he has been a loving and supportive father, always going above and beyond to provide for and nurture his children. He extends the same level of care and commitment to his extended family. My wife, who has been facing health challenges, has continuously felt his compassion, encouragement, and steadfast support. His ability to bring comfort and joy to those around him is a testament to his genuine kindness.

Professionally, John's work ethic has been exemplary. His dedication and determination in his career inspired me to pursue a path in finance. He consistently gave his best in everything he undertook, setting a standard of excellence that is rare and admirable. Beyond his professional endeavors, John has shown a deep commitment to helping others succeed, often offering his time and resources selflessly.

These qualities reflect John's positive contributions to both his family and society. He is a role model, a source of strength, and an uplifting presence for those fortunate enough to know him.

I respectfully ask that you consider these attributes of John's character when determining his sentence. He is an integral part of our family and community, and I sincerely hope that he is given the opportunity to continue supporting and positively influencing the lives of those around him.

Thank you for your time and consideration.

Sincerely,

*Dylan Roberts*

Jeannette Polit
801 Brickell Key Blvd apt 1704
Miami, Fl 33131
954-552-2082
January 6th, 2025

The Honorable Judge Kathleen M. Williams
United States District Judge

RE United States v. John Christopher Polit
24-CR-20390-KMW

Dear Judge Williams

My name is Jeannette Polit. I am 52 years old, married with 6 kids and 7 grandkids. I have an MBA from University of Miami and I am the broker of a Real Estate Company. I am writing to you as the older sister of John Polit, who is facing sentencing in your court. I would like to share a little bit about the person I have known my whole life.

I was 9 years old when John was born, and from the moment he came into our lives, I felt a deep love for him. I took care of him like a little mommy, and we've been close ever since. I remember when he started walking, when he went to school for the first time, so many memories that made us really bond.

Even as a young child, John stood out. While other kids were busy playing, he was always looking for ways to help around the house. He would give my parents ideas about organizing, rearranging the living room furniture to make it more functional, and helping my dad with car repairs. At family gatherings, instead of playing with the other kids, he would quietly make sure everything was in order and that guests felt comfortable.

John has always been there for me over the years. When I opened my first business, a small bakery, he was 15 and would help me after school. He even asked one of his friends, who is now a chef, to bake desserts for me to sell at the bakery. When I graduated from college and my parents couldn't make it, he was there to support me and celebrate that big moment with me. I will always be grateful for the many ways he has helped me, and those gestures are part of what has shaped me into who I am today. I love my little brother deeply.

When he graduated from high school, he moved to Boston for college. He called me often, and we would talk for hours about his classes, new friends, and the life he was building. Even then, he was always more mature than most people his age.

John got married young and has three beautiful, well-raised children. I am so proud of the dad he has become. His oldest daughter just graduated from college, his second daughter is graduating from high school this year, and his youngest is in middle school. The bond they share is something special, and it is clear they all look up to him.

Now, instead of me giving him advice, I often go to him for guidance. I admire his positivity, his wisdom, and his ability to look at the bright side in any situation. He inspires me to grow spiritually and intellectually. He is that person you can call anytime, even in the middle of the night, and he will answer, listen, and offer support.

John is a smart, hardworking man who has helped friends and many of our family members including my kids, find purpose in their lives, whether through education or career advice. He is always looking to help people succeed.

With all due respect, Your Honor, I ask for leniency when considering his sentencing. I believe that John's character, his contributions to others, and the family he has built are a testament to the kind of person he truly is.

I sincerely thank you for your time and understanding.


Respectfully,

Jeannette Polit

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. Carlos Polit
22-CR-20114-KMW

Dear Judge Williams:

My name is Jose Pineros. I´m the husband of Jeannette Polit, sister of John.
I am a publicist by profession, with an MBA from the University of Miami. I worked in
the pharmaceutical industry for more than 25 years.

I have known John since 2013. I have shared many family moments with him. He is a person
dedicated to his family and children. Professionally, I know him as an entrepreneurial, intelligent
individual with a strong sense of identifying investment opportunities. I recall several occasions
when I spoke with him, and during our conversations, he gave me some investment advice in the
United States, including opportunities I was unaware of at the time.

Over the years, I have witnessed his ability to manage multiple businesses simultaneously with
relative success, most recently focusing on the real estate sector.

I know him as a generous person, always willing to help his friends and those around him, with a
strong sense of protection for his loved ones.

We have often had opportunities to develop potential businesses together, collaborate on them,
or participate in certain investments.

From the success he achieved in his portfolio as a banker, I highlight his professional growth in
the banks where he worked. More recently, I admire his ability to strengthen ties with strategic
partners to enable economically viable, profitable, and sustainable projects.

Throughout all these years of knowing him, I have been impressed by his commitment to
conducting business with integrity and transparency, fully trusting his team and delegating day-
to-day operations to focus on individual growth.

As a human being, I know John to be sensitive to people's problems and attentive to the
professional and economic growth of his collaborators. I remember a time when I was seeking a
job opportunity, and after learning about my experience and studies, he invited me to be part of a
new project, which successfully achieved its defined goals.

As a boss, he is a motivating and fair person; as a friend, he is someone unconditional; as a
brother and son, his protective nature stands out; and as a father, he is an exceptional being.

I wish you will be lenient in sentencing John. He has dedicated his life to protecting and caring for his family. He is a person who, through effort, study, and dedication, has achieved personal, spiritual, and professional growth. May God guide your hands to write a fair sentence.


Sincerely


JOSE FERNANDO PIÑEROS
801 Brickell Key Blvd AP 1704, Miami Fl 33131
(305)570 682 8
January 6th 2025

9066 SW 73 RD Ct
Miami, FL 33156
(786) 470-4319
January 8th, 2025

The Honorable Kathleen M. Williams
United States District Judge

   RE: *United States v. John Christopher Polit*
       24-CR-20390-KMW

Dear Judge Williams:

My name is Beatriz Triviño, and I have had the privilege of knowing John Christopher Polit for 38 years, dating back to his childhood in Ecuador. Over time, our families remained close: his brother was in the same kindergarten class as my son, and this bond allowed me to observe John's development and character firsthand.

From an early age, John stood out as the responsible friend, often making sure everyone got home safely when they went out as teenagers. He has consistently shown kindness, respect, and strong family values, qualities reflected not only in the way he cares for his relatives but also in how he treats others.

Throughout these decades, I have witnessed John's unwavering honesty and principled nature. He has always been a caring son, a devoted father, and a dependable friend. His commitment to doing the right thing has been evident in every stage of his life.

Thank you for taking the time to read my letter and consider my perspective on John's character.

Sincerely,

Beatriz Triviño Corral

Alborada 10ma Etapa
Guayaquil – Ecuador
593 04247217
January 8th, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Christopher Polit (24-CR-20390-KMW)

Dear Judge Williams,

Greetings from Tito Ycaza Baquerizo, a good friend of John for many years. I am writing to you to tell you that I have known John for approximately 26 years, since our school days. We frequented the same places and had many friends in common.

Since then, we have maintained a very good friendship; despite the distance we maintain a close relationship of respect and admiration. For this reason, I dare to write this letter where I would like to highlight qualities that make John a very valuable person. He has always been distinguished for being very hard-working, loyal, and good-hearted.

Like him, I have had the opportunity to meet his parents, brothers, brothers-in-law, and I can say that they are a very loving and generous family. Not to mention, he is an excellent father, and his children know that they can always count on him no matter the circumstances.

This letter shows little of what I can say about John during these years of friendship, but I conclude by describing him as an excellent human being, and more so as a colleague. With all due respect, Madam Judge, I am convinced that you will take into consideration John's qualities and make the best decision for his case.

I thank you in advance for your attention to this letter.

Best regards,

Tito Ycaza Baquerizo

Km. 3.5 vía Samborondón
Urbanización Palmar del Río Casa d106
Guayaquil, Ecuador
+593 99 700 1002
January 8th, 2025

The Honorable Kathleen M. Williams United
States District Judge

     RE:    *United States v. John Christopher Polit*
           24-CR-20390-KMW

Dear Judge Williams:

My name is Mariella Jaramillo. I am from Ecuador, and my family founded a laboratory of wellness products 75 years ago. Today, I am the manager of the laboratory and the owner of the distribution of the cosmetic products we have been manufacturing since 2015.

When I was 16 years old, I traveled to Boston on an English exchange program with my best friends. During that trip, we arrived at a house where we met two college students who, within a few days, became our friends. One of them was John Christopher Polit, but we affectionately nicknamed him "JPO" from the start, and to this day, I still call him that. Later on, John married my lifelong best friend, Necane, and they started their family at a young age.

He lived in the United States and I lived in Ecuador, each of us going through different stages of our lives. We never lost touch, always sharing each achievement from afar and supporting each other during important moments. Whenever we saw each other again, we would hug and pick up our conversations as though no time had passed since we last met. I remember the baptism of their son John about 12 years ago, during which John asked us to donate to an organization of our choice instead of giving him a gift. Over the years, John has shown me his generosity and his desire to help others.

Today, John and Necane are no longer together, but the home they built with their three children—Fiorella, Nathalia, and John—is admirable. They were very young parents, yet they managed to raise and educate three extraordinary children with wonderful values of family unity. The love that you feel when you are with them is indescribable and truly admirable because they have instilled in their children the importance of being family and always supporting one another. I deeply admire John and Necane for having been so responsible at such a young age, but above all for the affection they still have for each other. Although each has taken a new path, they support and stand by each other through good times and bad. That says a lot about these two dear friends of mine.

I respectfully ask you, Honorable Judge Williams, to take into account the person John is: a dedicated family man, a friend you can always rely on, a committed employer, and a citizen who still has much to contribute.

Sincerely,

*Maríella Jaramillo*
Mariella

Dátiles 132 y Víctor Emilio Estrada
Guayaquil, Ecuador
+593 97 875 1297
January 8th, 2025

The Honorable Kathleen M. Williams
United States District Judge

      RE:    *United States v. John Christopher Polit*
              24-CR-20390-KMW

Dear Judge Williams:

My name is Michael J. Pólit. I am an industrial engineer with a master's degree in business administration. I am the fourth of five siblings, and John Christopher Polit is my older brother.

It is not easy for me to talk about my brother because my words fall short of expressing my love and admiration for him. We grew up very close, being only two years apart, and from a very young age, he looked after me.

Both of us studied abroad—I was in Europe, and he was in the United States. I remember he would frequently check in to see how I was doing. He was always a role model, excelling both in his studies and professionally. He is a very intelligent, thoughtful, fun, and kind person who is always ready to help.

I have only wonderful memories in my heart, and even though it may sound sentimental, he has always been there for me, offering advice whenever I needed it. It pains me deeply to see him going through these difficult times. I remember vividly growing up with John. He is a loving human being, partner, father, uncle, brother, and friend.

My brother is full of compassion, something we both learned from our parents. He is very family-oriented and helps others selflessly. He always has timely advice to offer. He has helped many friends when they needed something or were looking for work. When I faced personal and economic hardships, John willingly helped me and asked for nothing in return.

As you make your decision, I respectfully ask Your Honor to consider the person whom only a few people have deeply known, who is now going through this challenging situation. My brother is a blessing in my life and a person who has so much to give and to live for, including raising his children. For this reason, I would like every word expressed in this letter to be considered when deciding his fate.

Sincerely,

Michael J. Pólit

Jennifer Ursillo
4124 NW 92nd Terrace
Coral Springs, FL 33065

January 9, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE:    *United States v. John Christopher Polit*
       24-CR-20390-KMW

Dear Judge Williams:

My name is Jennifer Ursillo and I have known John for 2 years now. He is best friends with my
boyfriend Alan Drummond. I am a yoga teacher and personal trainer. As soon as I met John, I
could tell he was a good person.  He is compassionate, has as a good character and good morals.
I always feel good around John and always want to be around him because he's magnetic with
good energy and love. He is a good father, and I love seeing him around his kids. He is one of the
nicest, sweetest and caring people I know.

John has always been there for my boyfriend, and I am grateful that John is a cornerstone in my
boyfriend's life. He was the one who pushed my boyfriend to start working out, inspired him to
eat healthier and to drink less. He is one of the reasons my boyfriend and I met. So I am extra
grateful to John for helping me find love, but I also gained John as an incredible lifelong friend.
I write this letter proudly vouching for John and I really hope my letter speaks of his character,
integrity and of his good heart.

Please feel free to reach out to me for any further questions.


Yours Sincerely,


Jennifer Ursillo

Evelyn Crow, R.N.
9772 NW 29th Street
Doral, Florida 33172
(786)353-2695

January 5, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: *United States of America v. John Christopher Polit*
24-CR-20390-KMW

Dear Judge Williams:

This letter is on behalf of John Polit, a friend of mine and my family for so many years. I have known him for more than 10 years, I have shared with him endless conversations around a family table and gatherings in which I got to know him, both as a professional and a human being.

I can only tell you positive things about this individual. He has dedicated his life to working tirelessly, studying hard, while protecting and providing for his beloved young children. He has been a good friend to others, a good son to his parents, and a good brother to his siblings. He has lived his live and held himself to the highest standards at all levels. John has worked hard to reach his goal, all while maintaining his true self and his humility.

I am writing this letter with the hopes that you can have some insight into who he is as a human being, and with all due respect, you can make the best decision regarding his situation. Thank you.

Sincerely,

Evelyn Crow, R.N.

Ivan Polit
6142 NW 115 PL
Doral, Fl 33178
January 9th, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Christopher Polit
24-CR-20390-KMW

Dear Judge Williams

My name is Ivan Polit. I have been married for seven years, and my wife and I have a five-year-old son. I am writing to you on behalf of my uncle, John Polit, who is currently before you for sentencing. I fully understand the seriousness of this matter and would like to offer a personal perspective on his character.

As his nephew, I can attest that John has always been a supportive and caring figure in my life. He values family and hard work. Even from a young age, I remember him being dedicated to self-improvement both personally and professionally. I believe he is truly committed to making positive changes moving forward.

My uncle has been a constant and important presence in my life since childhood. Despite his young age at the time, I remember him as a serious and responsible person. Over the years, I have turned to him on many occasions for support and advice, and he has always responded quickly whenever I needed him.

When I first got married, I didn't have a stable job. I will never forget that he helped and guided me through the process of finding an apartment to live in. He ensured everything was in order before my fiancée, who was living in Ecuador, arrived.

Professionally, he helped me by giving me a job, where I learned a great deal in the administrative field, which served as my foundation. This experience allowed me to successfully apply for another position, where I was able to grow in my career.

I respectfully ask for your consideration of my uncle's character and the positive impact he has had on those around him. I truly believe he is committed to learning from this experience and rebuilding his life in a way that contributes positively to society.

Thank you for your time and understanding in considering this letter.

Sincerely,


Ivan Polit

January 2nd, 2025


**The Honorable Kathleen M. Williams**

**United States District Judge**


Dear Judge Williams:

My name is Eliz Stephanie Polit, I am 30 years old, and I am one of John Polit's nieces. I currently work in Early Childhood Education as the director of a private preschool.

I am writing to you in regard to the case involving my Uncle John Polit, who is someone I deeply admire and look up to. I know that my words carry weight, and I want to sincerely share my thoughts on the kind of person my uncle is, in hopes that they will help provide a clearer perspective on his character as you make your decision.

My Uncle John has been a pillar of support and kindness throughout my life. He is the type of person who always goes out of his way to help others, and his generosity knows no bounds. Whether it's lending a helping hand to a neighbor, offering support to family members, or simply being there for those who need a friend, my uncle's kindness is unmatched.

Growing up, I was always made to feel included and valued by my Uncle John. He never hesitated to offer guidance, whether through words of wisdom or through simply leading by example. His unwavering support and encouragement, especially during difficult times, have made a profound impact on me. He is the kind of person who makes others feel good about themselves, and for that, I have always felt incredibly fortunate to have him in my life.

What stands out most about my uncle is his remarkable ability to live life to the fullest. He follows his passions with an enthusiasm that is truly inspiring. He has a unique ability to stay positive, even when faced with adversity, and is living proof that hard work, optimism, and dedication lead to a fulfilling life. I've always admired how he is able to balance his dreams and responsibilities, and I strive to emulate that same happiness and drive in my own life.

My uncle's character is one of integrity, compassion, and unwavering dedication to his family and friends. I truly believe that he is a good man who, more than anything, wants to contribute positively to those around him. Please know that his actions, both in the past and moving forward, are guided by a strong moral compass.

Thank you for taking the time to read my letter. I trust that you will consider my uncle's true character as you make your decision. He is a person who has made a lasting and positive impact on my life, and I believe he will continue to do so for many others as well.

Sincerely,
Eliz S. Polit

Via a la Costa Km 11.5 Portovita Urbanization
Guayaquil, Ecuador
593-958824425
January 9th

The Honorable Kathleen M. Williams

United States District Judge

    RE: United States v. John Christopher Polit

    24-CR-20390-KMW

Dear Judge Williams:

I am writing to provide a personal character reference for John, whom I have known for over 30 years. I first met John in 1993 when we began attending Javier High School together in Guayaquil. We were classmates throughout high school, during which I had the privilege of witnessing his kind-hearted and generous nature.

John consistently demonstrated a willingness to help others whenever needed. For instance, my father was unable to take me to football practice or group study sessions at friends' homes. John would ask his mother or their family driver to assist me, ensuring I could participate in these activities.

One of the most impactful memories of our youth was when Joe invited me to join the pastoral group he was part of. Every Saturday, we worked on literacy initiatives in underprivileged neighborhoods and visited elderly care homes to spend time with the residents, bringing them joy and companionship.

Despite coming from a family of considerable means, John always maintained strong relationships with all our classmates, regardless of their socio-economic background. This humility and inclusiveness earned him the respect of our peers and led to his election as the first Student Council President in our school's history.

After high school, John and I remained in contact despite living in different countries. Over the years, I have consistently found him to be a trustworthy and supportive friend. Whenever I have sought his advice on financial or business matters, Joe has willingly offered guidance without expecting anything in return.

Your Honor, based on the many years I have known John, I firmly believe he is a person of great integrity, kindness, and unwavering support for those around him. He has always been a loyal friend and someone who genuinely cares for the well-being of others.

Given these qualities, I respectfully urge the court to consider leniency in sentencing Joe. I truly believe that he is a person of good character, with a compassionate heart and the capacity to contribute positively to society moving forward.

Thank you for taking the time to read this letter and consider my words.


Sincerely,


Jaime Ortiz

January 8, 2025
Charles Polit
801 Brickell Key Blvd, ap 1704
Miami Fl 33131
786-267-4167

The Honorable Katheleen M. Williams
United States District judge
RE:  United States vs. John Christopher Polit
      24-CR-20390-KMW

Dear Judge Williams,

I am Charles Giovanni Polit Esteves, I am 49 years old, and I am the oldest brother of John Christopher Polit. I have a degree in Business Administration and Accounting. I am married and have a 30-year-old daughter and a 26-year-old son. I am the owner and CFO of NED Schools and Tecnocarga Express.

My brother John is the third of five siblings. He is characterized as a hardworking, cheerful, noble, helpful, and very humane person. He is always very attentive and dedicated to his family, especially to his children. John was a very dedicated student with excellent grades, always focused on growing, seeking personal and professional development. Since our childhood, I have seen my brother grow with creativity, clear in his ideals, goals, and dreams, always thinking about the well-being of others and being concerned for every member of the family.

Even though he became a father at a very young age, he didn't stop studying. He graduated in finance, started working, and quickly excelled due to his dedication, personality, capacity, intelligence, sociability, and being a great friend—a good employee and a great coworker. I remember when he used to invite me to meetings with his friends and coworkers,

CamScanner

including his boss. The stories and comments always praised his teamwork, human quality, and intelligence. It was because of this that when his boss changed jobs, he repeatedly offered John to come work with him, while his coworkers were asking him not to leave.

One of the things I most remember about my brother is when I was under a lot of pressure and nervous about the threat of a hurricane. I had my small children and was installing shutters on the windows for the first time. My brother called to check on us, and when he heard me stressed and abruptly hung up the phone, he showed up at my house to help me solve the problem. Not only that, but he also helped my neighbor at the time put up his shutters. That's the kind of person my brother is—he is very, very humane. I have also seen how he has helped many of his friends since they arrived in our country, offering them shelter until they found a place to live, helping them find work, or often offering them work himself. John is a person who truly values his friends and gives his time when they are in need.

I would like to emphasize that my brother is a man of faith, kind, trustworthy, noble, and with a tremendous heart. Our family needs him, and especially his children. I kindly request that you carefully review my brother's case and consider the kind of human being he is when determining his sentence.

Thank you very much for your attention and time.

Sincerely,

Charles G. Polit

Jeannette Roberts

599 Racquet Club Rd, Unit 66 Weston, FL 33326

December 31, 2024

The Honorable Kathleen M. Williams

United States District Judge

Re: United States v. John Christopher Polit Case No. 24-CR-20390-KMW

**Dear Judge Williams,**

I am writing to provide my heartfelt support for my uncle, John Polit. John is an incredibly responsible, generous, organized, and selfless individual, as well as a deeply dedicated father to his three children.

In his professional life, John is an encouraging and positive leader who balances strict discipline with unwavering fairness. He instills in his employees the values of responsibility, motivation, and perseverance. Through his guidance, he inspires those around him to work diligently toward their goals.

On a personal level, John has been an exemplary role model for me and my family. His dedication to hard work is evident in the long hours he has consistently put in over the years, never allowing obstacles to deter him from his commitments. He has also provided invaluable support to me, both emotionally and financially, during times of hardship. His advice, mentorship, and even personal therapy sessions have made a significant impact on my life.

I am truly honored to call John my uncle and am profoundly grateful for the lessons he has imparted to me throughout my life. His character and actions exemplify integrity and dedication, and I firmly believe his contributions to his family and community reflect the best of his nature.

Thank you for considering my perspective.

**Sincerely,**
Jeannette Roberts

420 NW 95th St.
Miami, FL 33150
+1(305)834-8368
1/9/2025

The Honorable Kathleen M. Williams
United States District Judge

RE: *United States v. John Christopher Polit*
24-CR-20390-KMW

Dear Judge Williams,

My name is Marcelo Vega, and I am writing to you as a friend of John Polit for the past eleven years. I have had the privilege of knowing John since 2014, and I work as a sales associate at a luxury boutique. We met through a mutual friend, and since then, he has become one of my closest and most trusted friends.

Throughout the years, I have witnessed John's kindness, generosity, and dedication to those around him. He is someone who mentors and supports his friends and family, always checking in to ensure their well-being. John has a remarkable ability to listen without judgment, which makes him a dependable friend and confidant.

One of the many reasons I admire John is his commitment to self-improvement and to helping others grow. He was the person who encouraged me to adopt a healthier lifestyle by joining the gym and improving my eating habits. He also instilled in me the importance of reading daily, a habit I have maintained for the last eight years because of his influence. When I faced a difficult period after the pandemic, John was there to help me move from Houston to Miami, offering me not only emotional but also financial support when I had no other options.

John's compassion extends beyond his close circle. I have seen him reconnect with former colleagues and employees with genuine care and interest in their lives, asking about their families and making them feel valued. He is a dedicated father and a devoted partner, always putting their needs and happiness first.

While I am not personally familiar with every detail of John's charitable contributions, I know that he has consistently donated to charities over the years, reflecting his desire to give back to the community.

I respectfully ask for leniency in John's sentencing. He is, and has always been, a responsible and compassionate person who upholds the highest standards of integrity. John is an exceptional friend and role model, and I consider him as close as family. His positive impact on the lives of those around him, including mine, speaks to his true character.

Thank you for your time and consideration.


Respectfully,

18418 N Willow Bluff
Katy, Texas 77449
842-733-7877
January 9th, 2025

The Honorable Kathleen M. Williams

United States District Judge

RE:  United States v. John  Christopher Polit

24-CR-20390-KMW

Dear Judge Williams:

My name is Carlos Julio Hill Murillo, a Christian believer, 69 years old, of Ecuadorian nationality, residing in the city of Houston, Texas. I am married, the father of four children, with 14 grandchildren and 2 great-grandchildren.

The purpose of my letter, Honorable Judge Williams, is to contribute a small grain of insight about who John Polit is. I have known him since he was born, having had the honor of being chosen as his godfather at baptism. I watched him grow up as a well-mannered, obedient, serious, responsible, studious, and humble child who became an adolescent with the same characteristics. I saw him get married, have children, and continue to display those same qualities. Even as he graduated as an

economist from Merrimack College and built a career in banking in Miami where he was admired as an advisor with an extensive client portfolio he maintained these traits. Today, he continues his commitment to hard work with great responsibility.

It would be a shame if the work of such a valuable young professional, with a rigorous and healthy mental structure, were interrupted, especially as he has been dedicated to the development and commercialization of real estate.

I respectfully urge you, Honorable Judge, to show consideration in your decision regarding this young man of great value to society and especially to his loving family.

With all due respect.

Sincerely,

Carlos Julio Hill

Calle 3, 27-101
Cali, Colombia
+573017851109
Jan 12, 2025

The Honorable Kathleen M. Williams
United States District Judge
RE: United States v. John Christopher Polit
Case No.: 24-CR-20390-KMW

Dear Judge Williams:

My name is Maria Elena Rodriguez, and I am John's cousin. We have known each other since birth, growing up together and sharing many unforgettable moments. I would like to take a moment to speak about the kind of person John is and his character.

One of my most cherished memories from our childhood was a Christmas when our grandmother gathered us to celebrate. As one of the youngest cousins, I still firmly believed in Santa Claus. That year, the person dressed as Santa was easy to identify because they were missing a little finger. The moment I realized the truth, I felt disappointed and sad to learn that Santa was not real.

However, John did everything he could to make that moment not so hard for me. With his warmth and empathy, he transformed my sadness into a positive memory. He helped me understand that even though Santa Claus was not real, the magic of the holidays lived on in the memories and traditions we shared as a family. John taught me that it is okay to feel sad and that I was not alone in those feelings by providing me with support and understanding.

That experience underscores the essence of who John is: a person who cares for others, shows empathy, and seeks to help those around him. In today's world, I believe that these values are more important than ever, as difficult moments in life require compassion and human connection.

I am writing this letter to advocate for John and to highlight his true character, which has been shaped over years of love and family connection. I hope that as you review his case, you will take into consideration the positive impact he has had on the lives of those around him.

Thank you for your time and consideration in reading these words in support of my cousin John.


Sincerely,
Maria Elena Rodriguez
maelenarp@hotmail.com

# Samantha May Drummond

3740 Irvington Avenue
Miami, FL 33133
786-518-0844
samantha@samanthamay.com

January 8, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: *United States v. John Christopher Polit*
*24-CR-20390-KMW*

Dear Judge Williams,

I have had the pleasure of getting to know John over the past 10 years. He is a very close friend of my ex-husband, Alan. Through the years, we spent ample time together socializing, taking trips together, celebrating birthdays and big milestones. We all became very close, just like family. John is so caring and giving to all the people in his life, from his friends to his family. He is an incredible father, showing up for his kids in countless ways and I know they can feel their fathers' steadfast love and support. We have had the opportunity to spend time all together with his children and my son Dante. There isn't anyone I would trust more that John with my own son. He is present and aware while being gentle and caring. He is a type of person you know you can call any time day or night and he'll show up for you. A characteristic that feels rare these days. His large community of family and friends will be in a huge deficit should he be sentenced. I do hope you consider what we will all be missing, not just his family and friends, but the community at large, before making your decision.

Sincerely yours,

Samantha M. Drummond

Nichole Polit

11528 Northwest 60th Terr # 480

Doral, FL 33178

754-610-6359

1/8/2025

The Honorable Kathleen M. Williams
United States District Judge

RE:           United States v. John Christopher Polit
                   24-CR-20390-KMW

Dear Judge Williams:

My name is Nichole Polit, I am a bookkeeper and operations manager for a local business in Miami. I am John's niece and Goddaughter. Your honor, I am writing this letter to be able to best describe the type of person and the influence John has had in my life. Some words that come to mind when I think of the person John is are hard working, dedicated, disciplined, caring and loving.

I have witnessed John be a selfless friend when they have gone through tough times, from helping with jobs or opening the doors of his home.  He is always willing to offer a helping hand, including myself, when I became pregnant at 20 years old he helped me with a job where I was able to gain a lot of experience. One day he came into the office where I was working and he could see that I was struggling on a Microsoft Excel worksheet I was working on. He voluntarily taught me how to use Excel and how to create formulas and charts. Today, Excel is a program that I use daily as a bookkeeper and everyday I apply the tips he taught me and use the formulas he showed me.

One of the ways John has been a tremendous influence in my life is by teaching me good work ethic. He is always willing to share his experiences and sharing what has helped him in life to be successful. For example, just a few months ago he shared a book with me that he applies in his everyday life, "The 5AM Club: Own Your Morning. Elevate Your Life".  He is always willing to share advice that will help others succeed and excel in life. John motivates me to live a more disciplined life from a personal stand point, like working out and eating healthy, to my professional life as well.

John became a young uncle when my siblings and I were born. He has always been so much fun to be around; we would get so excited whenever we knew our uncle was coming over. He always made us laugh, played tricks on us or tell us funny jokes. I was able to watch John go from uncle to eventually become a father of three. When I think of John as a father, I think of a loving, affectionate, involved and supportive father. Watching him with his children is refreshing, he is always speaking highly of his kids and encouraging them in whatever they are interested in or activities they are participating in. It is not very common to see an affectionate father and John always speaks so sweet and calmly to his kids and gives them his undivided attention when they are speaking to him. You can feel how much he adores his kids and how they admire and love their father.

Your honor, John is a good person with a genuine heart. He falls nothing short of an incredible uncle, loving brother and son, and extraordinary father. When it comes time to issue his sentence, I ask for your leniency. Please take into consideration the good person he has been and his children having the absence of a very involved father. Thank you for taking the time to learn a little bit of the person John is to me and the influence he has had in my life.

Sincerely,

*nichole polit*

Lomas de Urdesa calle Colinas 113
Guayaquil – Guayas
Ecuador
+593983740811
Guayaquil, January 12th, 2025

The Honorable Kathleen M. Williams
Federal District Judge

Subject: United States vs. John Christopher Polit – 24-CR-20390-KMW

Dear Judge Williams:

My name is Juan Fernando Arce Elizalde, a Marketing Engineer and cousin of John Polit. I am writing to you with the utmost respect and consideration regarding my cousin, John Polit, who is currently in your court. My intention is to express my support for him and share some reflections on his character and the circumstances surrounding him.

John is a very intelligent, kind, fun, and hardworking person. He is very family-oriented and always willing to lend a hand to someone in need, especially if they are family. He always has a good and positive attitude. In many conversations with him, he helps you, advises you, and encourages you to grow personally and professionally. He never fails to call when he learns that you are going through a tough time or to congratulate you if you have achieved something.

One thing I experienced with him was when I accompanied him to help a person who worked with him enroll in university. He helped him pay the tuition so he could start studying, something that this person had wanted.

I thank you in advance for your attention to this letter and your consideration of John. I pray to God and am confident that He will make the best decision.

Sincerely,

Juan Fernando Arce

Dátiles 132 y Victor Emilio Estrada
Guayaquil,Ecuador
+593969628329
January 12th, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Christopher Polit
24-CR-20390-KMW

My name is Génesis Torres, I am a lawyer by profession, and I am the sister-in-law of
John Christopher Pólit. I am married to his younger brother, Michael, and I had the
privilege of meeting John approximately 13 years ago. Since then, I have witnessed his
nobility, his warmth, and his dedication to his family, qualities that have always defined
him.

John is a very warm and kind person, always concerned about the well-being of others
and trying to ensure that everyone feels comfortable and part of the family. From the very
first moment I met him, he made me feel welcome and part of his world, showing me
great closeness and affection. He is a man with a generous heart, deeply loving of his
family, and throughout the time I've known him, I have been able to confirm that he is a
loyal friend, helpful, and always willing to assist those around him. He is a person who
is deeply connected to his family, and I can attest to this by the way he interacts with my
husband, with whom he has a close and constant communication.

In addition to his love for his family, John is an intelligent, persevering, and responsible
man. As an uncle, he is incredibly affectionate and fun, which has made my children
adore him. His way of treating the people around him is always cordial, respectful, and
kind, which reflects his true character.

Over the years, I have come to value his friendship and unconditional support. He is not
only someone who has been attentive to his family, but also to those around him.

With all my heart, I ask God to give us strength during this very difficult time and I kindly
request, for all the reasons mentioned above and with the utmost respect, that you make
a compassionate decision when sentencing my brother-in-law.

I sincerely thank you for your time and attention.

Sincerely,

Genesis E. Torres

Nicolas De Guzman
Isla Mocoli
Urbanizacion Blue Bay
Edificio Blue Bay 2
Samborondon, Ecuador

January 13, 2025

Honorable Judge Kathleen M. Williams.
United States District Judge

    RE: United States v. John Christopher Polit
    24-CR-20390-KMW

Dear Judge Williams:

First, I would like to introduce myself, I am Nicolas De Guzmán, I am from Ecuador, and I live in Ecuador. After finishing my master's degree in Spain, I worked as a Diplomat in Miami in the Commercial Office for Ecuador. In October 2021, my father passed away and I returned to Ecuador and took over my dad's business, which more than a business was his passion, developing land into beautiful places where people want to live by the coast of Ecuador. I met John Polit through my dad. They met through family and then they became really good friends. My dad was the kind of person that had many friends and was very social, but then they became really close, and they cared for one another. I remember my dad telling me how they talked on the phone for hours if they had love or problems or just for advice. I witnessed a very kind relationship between them, and I met John, and it was almost the same with me. I thought of him as a cousin even though we had met not that long ago.

When my father passed away in an accident, it was a very hard situation for our family, and John was one of the persons who supported us the most with his presence and care. His words and the way he cared for our family were vital for us at the time of my father's departure. He sent me a letter he had handwritten to my father after his passing, and his words touched my heart and I realized how deep their friendship was, he saw my father as his support and my father saw in John unusual kindness and goodness as a human being. I understood what my father saw in him when John was there for me, checking on me, making sure we were okay. One of the most valuable things I inherited from my dad was the relationship with John, but the roles changed and then it was me asking for advice in all aspects of life from him, like close family.

Sincerely,

Nicolas De Guzman

Daniel E. Mayorga
801 Brickell Key Blvd
Miami, Florida 33131

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Christopher Polit
24-CR-20390-KMW

Dear Judge Williams

I am writing this letter in support of my uncle, John Polit, who is scheduled for sentencing before the court. I recognize that the court must make difficult decisions, and I am hopeful that you will consider the full context of my uncle's life, including his character and contributions to his family and community.

I have had the privilege of knowing my uncle throughout my life, and I can say without hesitation that he is a family-oriented, hardworking individual. He is a devoted father to three children and has always worked tirelessly to provide for them. He has instilled in his children the values of responsibility, hard work, and respect for others. As an entrepreneur, he has built a business from the ground up, demonstrating the kind of perseverance and dedication that I believe speaks to his character. Beyond his role as a father and business owner, my uncle John is a well-educated man  who believes in lifelong learning and self-improvement.

While I do not wish to diminish the seriousness of the offense, I believe that my uncle has the potential to learn from this experience and make positive changes in his life.

As someone who has been a central figure in our family's life, I respectfully ask that you consider my uncle's commitment to his children, his hard work, and his potential for rehabilitation when determining his sentence. Thank you for your time and consideration in this matter.


Sincerely,


Daniel E. Mayorga

January 15th, 2025

The Honorable Kathleen M. Williams
United States District Judge

RE: United States v. John Polit
Case Number: 24-20390-CR

Dear Judge Williams,

My name is Daniel Pineros, and I am writing to provide my perspective on Mr. John Polit, whom I have had the privilege of knowing since 2014. Over the years, I have come to recognize John as a devoted father and an accomplished entrepreneur with exceptional skills in business management.

John is the brother of my stepmother, and through numerous interactions, I have consistently observed his genuine kindness and generosity. He has an extraordinary ability to build meaningful relationships and exhibits a sincere concern for the well-being of others. His warmth, compassion, and loyalty to his friends and family are qualities that deeply define his character.

I have also observed John's exceptional ability to engage meaningfully in conversations. He shows genuine interest in the topics we discuss, taking the time to listen attentively and offering thoughtful opinions. Whether it's a subject I am passionate about or an area of shared interest, John's insights and engagement consistently demonstrate his ability to uplift and inspire those around him. Moreover, his presence often enhances the potential of those he interacts with, fostering a positive and encouraging environment.

Beyond his personal virtues, John has made significant contributions to his community, his family, and his circle of friends. He has consistently demonstrated a commitment to supporting those around him and fostering a positive environment wherever he is involved.

I respectfully urge you to take into account John's admirable character and his positive impact on others when considering his sentencing. I hope you will show leniency, recognizing that he is a person who has consistently given much of himself to his community and those he holds dear.

Thank you for your time and thoughtful consideration of my letter.

Sincerely,

*Daniel Pineros*

Daniel Pineros
7660 Beverly Blvd Ap 316
Los Angeles CA 90036
(305) 7813877

423 Wrangle Wood Dr.
Wellington, FL 33414
(561) 603-2958
12/22/2024

The Honorable Kathleen M. Williams
United States District Judge

RE:  *United States v. John Christopher Polit*

24-CR-20390-KMW

Dear Judge Williams:

My name is Juan Gando. I am 48 years old and currently reside in Wellington, Florida. I am the
CEO and partner of various restaurants and an economist by profession. I consider myself
responsible, committed, and creative in my field, always seeking new opportunities to learn and
improve. My greatest achievement is watching my children grow and become upstanding
individuals who contribute positively to our community.

I want to take this opportunity to express my heartfelt gratitude for allowing me to speak about
John Christopher Polit. Words are insufficient to convey how thankful I am to have him in my
life as both a friend and a business partner. Together, we employ one hundred and twenty-two
people in the restaurant industry. John's support, understanding, joy, and wisdom bring immense
value to my daily life. John is an incredible person, and I feel fortunate to have someone like him
by my side. Over the past 14 years, we have shared many joyful moments and overcome
numerous challenges. His friendship and partnership are treasures I deeply value.

I met John over 14 years ago, along with his then-wife, Necane (now his best friend). At the
time, I presented them with my idea to open a restaurant. From the very beginning, they trusted
my vision, and that trust was instrumental in helping my success in the restaurant industry. We
have built something truly special over these 14 years of friendship and partnership. I have
successfully opened several restaurants with John, including the renowned Oli's Fashion Cuisine
in Wellington, which has operated for 14 years. The achievements are a testament to our shared
vision, hard work, and the bond of trust and friendship we have cultivated over the years.

Throughout these 14 years, I can unequivocally attest that John is a person of great character and
a noble heart. I have met many good people in my life, but very few possess the genuine
kindness and integrity that John embodies. I have witnessed his generosity, loyalty, and integrity
both in business and on a personal level. Without a doubt, John is one of those rare and
invaluable individuals whose goodness is truly profound and sincere.

It is an honor to call John my friend, not just because of our business endeavors but because of
the kind of person he is. To me, he is like a brother. He has seven children: three biological, one
from Necane, and three of mine, as we have formed a mutual bond without the need to speak it
aloud. He has seven children, and I have seven children. It is a mutual commitment we carry in
our hearts. I know that if anything were ever to happen to me, I can trust John to help my

children grow into good people and care for them as his own. Similarly, I will always look out for his children because of our deep friendship and trust—an unspoken commitment that transcends words.

I cannot adequately express how admirable John is as a former spouse and father. His relationship with his ex-wife, Necane, is a remarkable example of respect and maturity—something few people achieve after separation. Moreover, his relationship with his children is truly inspiring. His love and dedication to them are evident in every way. He is always present, supporting and guiding them with wisdom. He is an exemplary father who dedicates himself wholeheartedly to being a good parent and a good human being.

I could write all day about the goodness of John Christopher Polit, but I will conclude with this heartfelt plea. I pray to God that He touches your heart, Honorable Judge Williams, so that you may consider my words with compassion and wisdom as you decide regarding the sentencing. I am convinced that John is a person of great character, and I trust that his goodness and actions will be taken into account.

Thank you for your time and consideration.

Sincerely,

Juan Gando

Eduardo Robayna
141 Solano Prado
Coral Gables, FL 33156
(786) 412-3543
Sunday, December 29, 2024

The Honorable Kathleen M. Williams
United State District Judge

RE: *United States v. John Christopher Polit*
24-CR-20390-KMW

Dear Judge Williams:

My name is Eduardo Robayna. I have resided and conducted construction related business in Miami Dade County for more than 44 years. I am writing this letter on behalf of my dear friend John Christopher Polit. John and I have been friends for over 15 years. During all this time he has proven to be of exceptional and responsible character.

The John I know is a compassionate and excellent father. I've personally seen him interact with his three children who adore him for who he is. He has been a present father figure, always there for his children. I can also attest that John is a great friend, husband, and a successful business person. Also, my interaction with John at the business level has proven that he conducts himself in a very skilled and ethical matter.  During all these years, I have never met anyone on the personal, professional or business level to attest anything different to my experience with John, which is that John is purely a decent person.

While, I am aware of the charges against John, I firmly believe that this isolated incident does not actually reflect the character of the person I know. Hence, John is deeply remorseful for his actions and is committed to making amends.

Taking into consideration Johns positive character and sincere remorse, I respectfully urge you to consider a lenient sentence that will allow John to continue to be a productive member of society.

Thank you for your time and consideration.

Sincerely,

Eduardo Robayna

14 Lafayette Ter
Nahant, MA 01908
7813331205
12/23/2024

The Honorable Kathleen M. Williams
United States District Judge
RE: United States v. John Christopher Polit

24-CR-20390-KMW

Dear Judge Williams:

My name is Anthony Conigliaro. I have known John for 3 years and originally met him through his daughter (and my girlfriend) Fiorella Polit. I am a VP of sales at Higginbotham in Fort Worth TX.

 There are men in this world whose presence is felt not through words but through the lives they touch and the love they give. John Polit is one of those men. From the moment I met him, he welcomed me with a kindness and warmth I have rarely encountered.

John is the kind of man who inspires without trying. He leads quietly, yet his strength is impossible to miss. He loves his three children—Fiorella, Nathalia, and John—with a dedication that is humbling to witness. It is in the way he speaks of them, the way he supports them, and the way he has shaped them into people any father would be proud of. It is through the woman I love, Fiorella, that I first saw his impact; but beyond that, I began to know him as a man—his wisdom, his generosity, his unwavering character.

What sets John apart is his ability to build relationships that matter. With me, he didn't have to offer advice or friendship, but he did so willingly. In him, I found not just the father of someone I love but a mentor, a friend, and an example of what it means to be a good man.

John embodies what we all aspire to be: strong, selfless, and loving. He is an anchor to those who know him, a steady hand when life is unkind, and an inspiration to anyone lucky enough to cross his path. I am proud to know him, honored to call him a friend, and grateful beyond words for the man he is.

Sincerely,

Anthony Richard Conigliaro II