UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20390-KMW

**UNITED STATES OF AMERICA**

v.

**JOHN CHRISTOPHER POLIT,**

      **Defendant.**

## FOURTH NOTICE OF
## SATISFACTION OF FORFEITURE MONEY JUDGMENT

The United States gives notice of the full satisfaction of the forfeiture money judgment entered against Defendant John Christopher Polit (the "Defendant") in the above-captioned case. In support the United States submits the following.

On December 10, 2024, the Court entered a Preliminary Order of Forfeiture, ECF No. 39, ordering the entry of a forfeiture money judgment against the Defendant in the amount of $16,510,000.00.

Defendant has made the following payments in full satisfaction of his forfeiture money judgment:

| Approximate Date | Approximate Amount |
|---|---|
| March 20, 2025 | $430,701.94[1] |
| June 18, 2025 | $876,516.58 |
| July 2, 2025 | $688,788.77 |
| July 24, 2025 | $5,343,825.69 |
| September 9, 2025 | $936,000.00 |
| November 18, 2025 | $4,303,354.32 |
| November 18, 2025 | $3,930,812.70 |
| **TOTAL** | **$16,510,000.00** |

---

[1] A prior notice contained a scrivener's, which incorrect referred to the payment amount as $403,701.94.

Therefore, Defendant's forfeiture money judgment has been fully satisfied. In accordance with the terms of the Defendant's Plea Agreement, Dkt. No. 27, because Defendant has remitted the $16,510,000.00, the United States shall not seek forfeiture of any real property listed in paragraphs 13(b) and 14 of the Defendant's Plea Agreement, and it will release all *lis pendens* previously recorded on those properties.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ *Sandra Demirci and Nicole Grosnoff*
Sandra Demirci, FL Bar. No. 1018897
Nicole Grosnoff, Court ID No. A5502029
Assistant United States Attorneys
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9381 / (305) 961-9294
Facsimile: (305) 530-4089
Sandra.demirci@usdoj.gov
nicole.s.grosnoff@usdoj.gov
*Counsel for the United States of America*